Ken Cur[...]
Waymaker LLP
515 Flower Street, Suite 3500
Los Angeles, CA 90017
T: 213-314-5284
F: 424-652-7800
Email: kaxel@waymakerlaw.com



FILED
CLERK, U.S. DISTRICT COURT
6/30/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-cr-00221-JFW |
| v. | |
| TREVOR DANIEL JACOB | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, <u>Trevor Daniel Jacob</u>, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☑ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>30th</u> day of <u>June</u>, 20<u>23</u>
at <u>Los Angeles, California</u>
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

_____
*Interpreter*

CR-37 (05/15)   DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS