*Note Changes Made by Court*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TREVOR DANIEL JACOB,<br><br>    Defendant. | Case No. CR-23-221-JFW<br><br>**ORDER**<br><br>Crtrm.: 7A<br><br>Judge: John F. Walter |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the sentencing hearing scheduled in this matter on September 11, 2023, **is continued to November 6, 2023, at 8:00 a.m.** Sentencing papers shall be filed on or before October 16, 2023.

July 19, 2023
DATE                                              HONORABLE JOHN F. WALTER

CC: USPO/PSA; USM