

Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Emily R. Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant Trevor Daniel Jacob*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TREVOR DANIEL JACOB,<br><br>  Defendant. | Case No. CR-23-221-JFW<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; DECLARATION OF EMILY R. STIERWALT IN SUPPORT**<br><br>Courtroom 7A<br><br>Judge:   Hon. John F. Walter<br><br>Current Sentencing Date: 11/6/2023<br>Proposed Sentencing Date: 12/4/2023 |
|---|---|

STIPULATION TO CONTINUE THE SENTENCING DATE

Defendant Trevor Jacob ("Mr. Jacob"), through his counsel of record, Keri Curtis Axel and Emily R. Stierwalt, and Plaintiff United States of America, by and through its counsel of record, the Unites States Attorney for the Central District of California and Assistant United States Attorney Dennis Mitchell, herby stipulate as follows.

1. On May 10, 2023, an Information was filed charging Mr. Jacob with destruction and concealment of a tangible object with intent to obstruct federal investigation in violation of 18 U.S.C. § 1519 (the "Information").

2. On June 30, 2023, Mr. Jacob pleaded guilty to the Information pursuant to a plea agreement (the "plea agreement'), which was filed on May 10, 2023.

3. After entering his guilty plea, the Court set a sentencing hearing date of September 11, 2013.  This date has been continued once.

4. Mr Jacob is on bond and under the supervision of pretrial services.

5. By this stipulation, the parties request that the sentencing hearing be briefly continued from November 6, 2023 to December 4, 2023.  The parties further request that the date to provide objections to the presentence report ("PSR") and sentencing papers to the Court be continued from October 16, 2023 to November 13, 2023.

6. The parties request this brief continuance because the defense needs additional information regarding Mr. Jacob's prior criminal history to respond to the presentence report, and the information is not readily available.  As detailed in the Declaration of Emily R. Stierwalt, the defense has requested documents from Nevada County Superior Court and Santa Barbara Superior Court.  The Nevada County Superior Court requires mailing a check to the record department and mails records back a week after receiving the check.  Due to the use of mail, it is unclear how long it will take to receive the Nevada records.  The record department for Santa Barbara has estimated at least 14 business days before they can provide the records.

7. To allow time to receive the information, the parties request that the sentencing hearing be briefly continued from November 6, 2023 to December 4, 2023 and that the date the sentencing papers and objections to the PSR be filed is continued from October 16, 2023 to November 13, 2023.

DATED: October 11, 2023         WAYMAKER LLP

By:   /s/ Keri Curtis Axel
      KERI CURTIS AXEL
      *Attorneys for Defendant Trevor Daniel Jacob*

DATED: October 11, 2023         E. MARIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney Chief,
                                Criminal Division

By:   /s/ Dennis Mitchell
      DENNIS MITCHELL
      Assistant United States Attorney

      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

**DECLARATION OF EMILY R. STIERWALT**

I, Emily R. Stierwalt, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an associate with Waymaker LLP, counsel to Defendant Trevor Daniel Jacob in this action. I make this Declaration in support of a Stipulation to Continue the Sentencing Date in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2. On or about October 9, 2023, we researched procedures for obtaining information from the Nevada County and Santa Barbara County Superior Courts. Among other things, I attempted to obtain records from an online account but I could not create an account with the Nevada Superior Court as I was not counsel of record. I also searched the public records on the Santa Barbara Court website and attempted to create an online account, however neither attempt allowed me to see the records because they are old and confidential.

3. We learned that we were required to submit records requests in writing to both courts, with certain conditions (in the case of Santa Barbara Court, Mr. Jacob had to provide identity information and request the records personally). Both record departments have confirmed initial receipt of our records requests.

4. The Santa Barbara County records department estimates a processing time of 14 business days.

5. Nevada County requires a mailed payment before they will begin processing and will mail records a week after the check is received. The Nevada County records department provided an estimate of costs today and a check has also been placed in the mail today.

6. My colleague Ms. Axel has told me that she spoke with U.S. Pretrial Services Officer Kenneth Rotter. While his office also was trying to obtain the same records, they had not been received and his paralegal believes they will not be

1  able to get them due to certain recent changes under California law.  Mr. Rotter told
2  Ms. Axel that he concurred it would be useful to review the records for clarity on
3  the criminal history.
4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed on this 11th day of October, 2023, at Los Angeles, California.

*Emily Stierwalt*

Emily R. Stierwalt

## ATTESTATION FOR SIGNATURES

I, Keri Curtis Axel, am the ECF user whose user ID and password authorized the filing of this document. Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories to this document have concurred and authorized this filing.

Dated: October 11, 2023                WAYMAKER LLP

By:   */s/ Keri Curtis Axel*
     KERI CURTIS AXEL
     *Attorneys for Defendant Trevor Daniel Jacob*