# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TREVOR DANIEL JACOB,<br><br>        Defendant. | Case No. CR-23-221-JFW<br><br>**[PROPOSED] ORDER**<br><br>Courtroom 7A<br><br>Judge:  John F. Walter<br><br>Previous Sentencing Date:  November 6, 2023<br>New Sentencing Date:  December 4, 2023 |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing scheduled in this matter on November 6, 2023, is continued to December 4, 2023, at 8:30 a.m.  The date to file sentencing papers and objections to the presentence investigation report is continued from October 16, 2023 to November 13, 2023.

_____      _____
DATE                                                                                          HONORABLE JOHN F. WALTER

[PROPOSED] ORDER TO CONTINUE SENTENCING