UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREVOR DANIEL JACOB,<br><br>　　　　Defendant. | Case No. CR-23-221-JFW<br><br>**ORDER**<br><br>Courtroom 7A<br><br>Judge:  John F. Walter |

　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing scheduled in this matter on November 6, 2023, is continued **to December 4, 2023, at 8:30 a.m.**  The date to file sentencing papers and objections to the presentence investigation report is continued from October 16, 2023 to November 13, 2023.

October 12, 2023　　　　　　　　　　　　　　　　　　　_/s/ John F. Walter_
DATE　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER

CC: USPO/PSA; USM

ORDER TO CONTINUE SENTENCING