

Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Emily R. Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant Trevor Daniel Jacob*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TREVOR DANIEL JACOB,<br><br>　　　　Defendant. | Case No. CR-23-221-JFW<br><br>**STIPULATION TO CONTINUE DEADLINE FOR SENTENCING FILINGS BY ONE WEEK TO NOVEMBER 20; DECLARATION OF KERI CURTIS AXEL IN SUPPORT**<br><br>Courtroom 7A<br><br>Judge:  Hon. John F. Walter<br><br>Current Sentencing Date: 12/4/2023 |

Defendant Trevor Jacob ("Mr. Jacob"), through his counsel of record, Keri Curtis Axel, and Plaintiff United States of America, by and through its counsel of record, the Unites States Attorney for the Central District of California and Assistant United States Attorney Dennis Mitchell, herby stipulate as follows.

1. On May 10, 2023, an Information was filed charging Mr. Jacob with destruction and concealment of a tangible object with intent to obstruct federal investigation in violation of 18 U.S.C. § 1519 (the "Information").

2. On June 30, 2023, Mr. Jacob pleaded guilty to the Information pursuant to a plea agreement (the "plea agreement'), which was filed on May 10, 2023.

3. After entering his guilty plea, the Court set a sentencing hearing date of September 11, 2013. This date has been continued twice, and is scheduled for December 4, 2023. **This stipulation does not request a continuation of the sentencing hearing**.

4. Mr Jacob is on bond and under the supervision of pretrial services.

5. By this stipulation, the parties request that the deadline to provide objections to the presentence report ("PSR") and sentencing papers to the Court be continued from November 13, 2023 to November 20, 2023.

6. The parties request this brief continuance because the defense has this morning provided to the Probation Officer (Kenneth Rotter) and AUSA Mitchell the additional material it has received from Santa Barbara and Nevada Counties regarding Mr. Jacob's prior criminal history to respond to the presentence report, and which may affect the parties' sentencing positions. In addition, as detailed in the Declaration of Keri Curtis Axel, the Nevada County Assistant District Attorney only returned Ms. Axel's call this morning, providing additional information.

7. Moreover, my associate and co-counsel Ms. Stierwalt, who is closest to the facts of this case and was overseeing the coordination of sentencing letters as well as assembling the materials relevant to the criminal history, was placed on

extended medical leave shortly afterafter the prior stipulation was filed, leaving the defense team short-handed in handling Mr. Jacob's sentencing filing.

8. To allow time to assess the information received, and to permit the filing of the sentencing positions, the parties request that the date the sentencing papers and objections to the PSR be filed be continued from November 13, 2023 to November 20, 2023.

DATED: November 9, 2023            WAYMAKER LLP

By: */s/ Keri Curtis Axel*
KERI CURTIS AXEL
*Attorneys for Defendant Trevor Daniel Jacob*

DATED: November 9, 2023            E. MARIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney Chief, Criminal Division

By: */s/ Dennis Mitchell*
DENNIS MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA





**DECLARATION OF KERI CURTIS AXEL**

I, Keri Curtis Axel, declare as follows:

1.   I am an attorney licensed to practice in the State of California. I am a partner with Waymaker LLP, counsel to Defendant Trevor Daniel Jacob in this action. I make this Declaration in support of a Stipulation to Continue the Sentencing Date in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2.   My associate Ms. Stierwalt fell down the stairs of the office parking garage in early September. She fractured a calf bone in one leg, and shattered bones in the other one. She subsequently had surgery for the shattered bones and was out almost the entire month of September. In early October, she started to come back to work (virtually), and resumed handling the fact gathering and legal research in this matter. On or about October 13, 2023, however, her doctor advised her not to work at all and she was immediately completely out again.

3.   We subsequently received the criminal history records that we had requested, but it has been difficult for me to follow up on all the factual details in Ms. Stierwalt's stead, including collecting all sentencing letters. I have no substitute associate assigned to this matter. In addition to Ms. Stierwalt, we have one associate out of the office for his honeymoon vacation for nearly the full month of November, and one associate out on paternity leave. Everyone is short staffed.

4.   I spoke this morning with the ADA for Nevada County who handled part of Jacob's matter there in 2017. I had tried to call her last week (November 2) and she did not return my call. I called again yesterday, and we spoke this morning.

5.   I spoke with Mr. Mitchell last night about the criminal history issues and said I would be sharing materials this morning. He kindly suggested that perhaps the Court would be amenable to a week's continuance of the deadline for

filings, without a continuance of the hearing date, to permit more time to understand the materials and for us to prepare our sentencing filings.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on this 9th day of November, 2023, at Los Angeles, California.

                                          */s/ Keri Curtis Axel*
                                          Keri Curtis Axel



**ATTESTATION FOR SIGNATURES**

I, Keri Curtis Axel, am the ECF user whose user ID and password authorized the filing of this document. Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories to this document have concurred and authorized this filing.

Dated: November 9, 2023                    WAYMAKER LLP

By:   */s/ Keri Curtis Axel*
     KERI CURTIS AXEL
     *Attorneys for Defendant Trevor Daniel Jacob*