Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Emily R. Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant Trevor Daniel Jacob*



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TREVOR DANIEL JACOB,<br><br>            Defendant. | Case No. CR-23-221-JFW<br><br>**NOTICE OF LODGING OF LETTERS IN SUPPORT OF SENTENCING**<br><br><br>Courtroom 7A<br><br>Judge: Hon. John F. Walter<br><br>Current Sentencing Date: 12/4/2023 |

1    **To Hon. John F. Walter, Plaintiff United States Attorney's Office, and**

2    **U.S. Probation Officer Kenneth Rotter:**

3         PLEASE TAKE NOTICE that Defendant Trevor Jacob, by and through

4    counsel and pursuant to 18 U.S.C. §§ 3553(a)(1) and (2), respectfully submits the

5    following letters of support for the Court's consideration in connection with Mr.

6    Jacob's sentencing, which is currently set for December 4, 2023.  Pursuant to Fed.

7    R. Crim. Pro. 49.1 and L. Cr. R. 49.1-1, the letters have been redacted to delete

8    protected identifying information.  These are true and correct copies received by

9    counsel.

10        Respectfully submitted,

11   DATED:  November 13, 2023          WAYMAKER LLP

12

13

14                                      By:  _/s/ Keri Curtis Axel_

15                                           KERI CURTIS AXEL

16                                           EMILY R. STIERWALT

                                             *Attorneys for Defendant*

17

18

19

20

21

22

23

24

25

26

27

28

---

*Trevor Jacob*
1560-001

| TAB | Document Name |
|-----|---------------|
| 1 | Bridges, Pat |
| 2 | Brown, Janice |
| 3 | Burnett, James |
| 4 | Burnett, Mark |
| 5 | Camarlinghi, Khristine |
| 6 | Cox, Carrie |
| 7 | Jacob, Gerald |
| 8 | Jacob, Jordan |
| 9 | Jacob, Lynn |
| 10 | Kearney, Hagen |
| 11 | Lomazow, Kyle (Email re Potential Sentencing Letter) |
| 12 | Minjares, Rene |
| 13 | Schoenbrun, Evan |
| 14 | Shuman, Clifton |
| 15 | Schrager, Craig |
| 16 | Spohn, Aaron |
| 17 | Swindell, Josh |



September 13, 2023

Dear Your Honor,

My name is Patrick Bridges. For more than a quarter of a century I have pursued my passion for the sport of snowboarding by making a career out of writing for and later editing snowboarding publications. I first met Trevor Jacob when he was 11 years old while we were both living in Mammoth Lakes, CA. Trevor's talent on a snowboard was evident at that early age but what sparked a friendship was his inquisitive nature and positivity. By the time Trevor was 13 he was considered a snowboarding prodigy and made the halfpipe finals of the US Open snowboarding championships. To this day Trevor remains the youngest male athlete to ever make the finals of this prestigious event.

At the time of his US Open achievement Trevor and I were already traveling the world together to various competitions and other media events. During that chapter of his life, I got the chance to get to know him well. He was good natured, empathetic, and seemed somewhat shy. Of course, his tendencies to be an introvert ended once he strapped into his snowboard. Perhaps what struck me most about Trevor was his ability at a young age to set goals that to most people, including myself seemed unattainable. Yet during this period Trevor still had this rare blend of humility and confidence. Nonetheless if others said something wasn't possible or realistic Trevor would diligently take the initiative to prove the naysayers wrong and often, succeeded and in turn changed perceptions. I respected this about him greatly and found it inspiring. There is no greater example of this trait than Trevor's ascension to the United States Olympic Boardercross Team in 2014. While this feat is impressive in and of itself, the gravity of this achievement is multiplied by the fact that Trevor had only started exploring this discipline of snowboarding a little more than a year prior. The Boardercross establishment initially dismissed Trevor, which true to form fueled his efforts resulting in his being the first American snowboarder named to that Olympic team, even before Shaun White earned his spot.

Trevor's tenacity transcended the snow. I remember having a lunch with Trevor where he outlined his business plan for an energy bar that not only provided customers nourishment but would also yield a reciprocal meal to a homeless person with each sale. I recall how ambitious I thought this endeavor was for a 22-year-old, although I never doubted that he would make it happen. Like every other goal that he set I knew that Trevor would diligently do the research, preparation, and hard work to manifest his objective once again.

Trevor's journey hasn't been without consequence, and he has the broken bones and x-rays as reminders of instances where his ambitions have resulted in unintended outcomes. The actions that led to Trevor's pleading guilty to Federal crimes are inexcusable. Trevor placed people and property in harm's way. Furthermore, he labored to conceal his actions. Despite these facts I maintain that the jovial, overachieving Trevor Jacobs that I befriended at the age of 13, who later grew into a personal confidant and valued colleague still exists and is still capable of inspiring others. I earnestly believe that the faculties that enabled Trevor to do the unimaginable earlier in his life remain and can drive him to not only make amends to society but also enrichen it.

Sincerely,

Pat Bridges
Creator of Slush The Magazine

October 2, 2023

Honorable John F. Walter

United States District Court

for the Central District of California


United States v. Trevor Daniel Jacob

2:23-CR-00221-JFW


Dear Judge Walter

My name is Janice Brown.  I have known Trevor and lived next door to him in Mammoth Lakes, CA. for 20 years.  I first met Trevor when he was 10 years old and I was 50.  He came to Mammoth to become a professional snowboarder.  I saw this boy go to the ski mountain every day to practice skills. This must have taken a lot of discipline and patience.  He eventually achieved his goal of becoming a professional athlete while also being modest and humble.  I have seen him help others many times without being asked.  He deeply cares about animals and has rescued many dogs and found homes for them.  He is respectful, honest polite and takes responsibility for his actions.  He values family and friends and loves spending time with them.  Trevor recently went out of his way to contact me several times.  He wanted to explain to me how sorry he is for his action and has sincere regret and remorse for his bad judgement.

I sincerely hope that the lowest appropriate sentence will be applied.


Very truly yours,

Janice Brown

James Burnett

████████████████████

Honorable John F. Walter
United States District Court
for the Central District of California

**United States v. Trevor Daniel Jacob**
**2:23–CR–00221–JFW**

Dear Your Honor,

I am writing this letter to offer a character reference for Trevor Jacob, a person I have had the privilege of knowing for over two decades. I believe it is my duty to provide insight into Trevor's character, acknowledging his past actions while advocating for the lowest appropriate sentence that would allow him to continue his journey towards personal growth and positive impact on the community.

I first met Trevor when we were just 7 years old, both attending the same school. Since then, he has evolved into one of my closest and most dependable friends. Trevor possesses a rare quality – a genuine and unwavering care for the well-being of those around him. He has consistently demonstrated his commitment to me, offering unwavering support during both my highs and lows.

Trevor's journey as an Olympic athlete has been nothing short of inspiring. Through his relentless dedication, hard work, and courage, he has not only achieved personal greatness but has also shared the values of humility and resilience with those fortunate enough to be in his presence. In group settings, Trevor consistently stands out as the most humble individual, always striving to uplift those around him.

Trevor's lifelong dedication to action sports, including his remarkable stunts in snowboarding, skateboarding, and motorcross, showcases his technical abilities and unmatched respect within his field. His achievements are a testament to his exceptional skills and unwavering commitment to his passion.

However, it is with a heavy heart that I acknowledge the grave mistake Trevor made in connection with the plane incident. Trevor has confided in me, sharing the depth of his personal growth and maturity that has occurred as a result of this incident. He has not shied away from the consequences, bearing the weight of public scrutiny and personal reflection. Trevor has faced his mistakes head-on and is determined to emerge from this experience as a better person.

Trevor is a role model, not just within the realm of action sports, but for individuals of all ages aspiring to achieve greatness in their chosen endeavors. I firmly believe that he will use this experience to advocate for responsibility and safety within the realm of stunts and action sports, making a positive impact on the community.

Trevor's future is undeniably bright, with much more to contribute to society. I implore you to consider the lowest appropriate sentence that will allow him to continue learning from this experience and fulfill his potential as an advocate for responsible practices within his field. Trevor is currently dedicating himself to rigorous training for the upcoming Winter Olympics, where he has the opportunity to not only represent our country but also serve as a source of inspiration for aspiring athletes worldwide.

In closing, I kindly request your understanding and leniency in Trevor's case. Trevor Jacob is a person of immense character, and his positive influence on our community is invaluable. Please grant him the opportunity to continue his journey toward personal growth and community betterment.

Thank you for your time and consideration.

Sincerely, James Burnett

James Burnett

October 6th, 2023

Honorable John F. Walter
United States District Court
for the Central District of California



**Honorable John F. Walter United States District Court
for the Central District of California**


**<u>United States v. Trevor Daniel Jacob</u>
2:23-CR-00221-JFW**

Dear Your Honor,

Over the last 15 years, I have had the privilege of seeing Trevor Jacob grow alongside my two sons. Trevor has spent much time in our home, traveled with our family and has impacted my now grown children in such a positive way.

I'm very familiar with Trevor's case and understand the gravitas of the charges against him. There is absolutely no excuse for Trevor's actions and as someone who has become a father figure to Trevor, the seriousness of these charges has weighed heavily on my heart.

Therefore, I am writing to you in an attempt to explain the man I know Trevor Jacob to be and with a hopeful mind as to who he will transform into as a direct result of learning from his inexcusable actions.

In my unique position, I have been able to see Trevor as an intelligent, caring, respectful individual who has such passion for life. In addition to being a thoughtful human, Trevor was able to achieve impressive athletic success even making it to the Sochi Olympics. However, what was more impressive was Trevor's inclination to encourage those around him to strive for the unthinkable in their own lives.

As the former Chairman of MGM and producer of multiple television shows and films, I have worked with people from all walks of life and one of the main predictors of success was how individuals treated others around them. People who can lift and encourage the success of others typically go much further than those who hold their successes to themselves. Trevor is a person who champions those around him, and I personally believe there are so many who have yet to benefit from Trevor's uplifting nature.

Trevor is adamant to put his life back together and I truly believe he has an amazing future ahead of him.

Your honor, please pass the minimal sentence upon Trevor. He is a good young man and has realized the error of his ways and hopes to proudly represent the USA again at the next Winter Olympics.

Thank you for reading this letter.

Sincerely,

Mark Burnett
Television & Film Producer
Former Chairman, MGM

October 6, 2023

Honorable John F. Walter
United States District Court
for the Central District of California

Dear Honorable John F. Walter,

My name is Khristine Camarlinghi. I grew up in Silicon Valley, graduated from Santa Clara University, and raised my son in the Bay Area before sending him to Loyola Marymount University. I am currently the Chief Operating Officer of a science-backed, clinically tested beauty company. Before my current chapter, I was fortunate to work alongside Silicon Valley's leading tech founders and CEOs, including the founder of Instagram and the CEO of Apple.

I met Trevor in 2013 while attending an action sports event hosted by Mountain Dew in San Francisco. Trevor and my husband supported a mutual friend's clothing company, and as we left the event, we ran into Trevor on the street and laughed at their matching attire. We became immediate friends and soon family. Trevor is like a second son to me. Aging myself, he is only two years older than my son but wiser beyond years.

In the ten years I have known Trevor, the one trait that continually shines is his inherent love for others and life. Trevor has an adventurous spirit and is extraordinarily talented and intelligent. Trevor excels in an industry that measures success through an absence of fear and a skill set we would all benefit from having more of in our daily lives. Success for me is launching new products or nailing a presentation to investors or the board. Trevor's talent has led him to the highest mountains, literally and figuratively. As an Olympian, he continuously aspires to reach a new and higher level of what he measures success to be.

It is clear that in Trevor's attempt to reach the next mountain, he made a mistake. We all make mistakes, and we all fail. However, errors and failures are only lost if we do not learn from them. The same mindset led to Trevor losing his path, is leading him to help others.   I have watched Trevor patiently help others as they begin their journey towards achieving their goals and passions, and I know this is where he shines the most.

Trevor will not be known for the worst thing he ever did. The good in Trevor outweighs his mistakes tenfold. I believe in second chances for most, and when it comes to Trevor, I wholeheartedly know the best place for him is not in a prison cell, but it is educating and helping others to rationalize and achieve their goals with the knowledge and wisdom he has gained through his achievements, mistakes, and failures.

I do not downplay the seriousness of what occurred, but I ask that you lead with the knowledge of who Trevor is outside of this error and the value he brings to his community, friends, and family. Rather than sentencing Trevor to time in prison, I sincerely hope you allow him this opportunity to give back to society and redeem himself.

Thank you in advance for taking the time to read this letter and carefully consider Trevor's future.

Best Regards,

Khristine Camarling█

Honorable John F. Walter
United States District Court
For the Central District of California

<u>United States v. Trevor Daniel Jacob</u>
2:23-CR-00221-JFW

Dear Judge Walter,

My name is Carrie Cox and I first met Trevor Jacob in the fall of 2008 when I started working as his homeschool tutor his sophomore year of high school in the small mountain town of Mammoth Lakes in California's Eastern Sierras. My background is in education and I hold a degree in Applied Mathematics with an emphasis of Quantum Mechanics from the University of California at Berkeley. For the next three years until his high school graduation in 2011, Trevor would meet at my home promptly at 8am and we'd begin our lessons in mathematics, English, Spanish, history, and science before he would take to the mountain for his athletic snowboard training for hours in the afternoon during the winter months.

During our time together I came to know Trevor as an adventurous and curious young man. We'd often take breaks from our assigned studies to explore topics such as time dilation, or the human physiology of extended time spent in space. Trevor would work on skateboard ramps during the summer months and ask me complicated questions about centrifugal force and the best launch angle to get the maximum height based on his top speed and then we'd work on the physics to improve his design.

Trevor is a kind and generous person and was always quick to offer help. When I would leave town, Trevor would watch my rabbit, Jack, taking excellent care of him and sending me photo updates. After Trevor graduated and my husband and I started our family, Trevor would babysit and was brave enough to watched both my toddler and three-month-old sons so I could run a half marathon in our town with my husband.

I'm writing to implore you to offer Trevor mercy, and to impose the most lenient sentence the Court considers to be appropriate for Trevor's crime. I know how deeply regretful Trevor is of his actions, and how much he wishes he could go back and do things differently. Trevor is still so young and has a lot to learn, but also a lot to offer and contribute to the world. Now that my children are older and starting to snowboard, I would love for Trevor to show them some of his favor spots on the mountain and for my kids to have the opportunity to know my friend.

Kindly,

*Carrie Cox*

Carrie Cox

October 1, 2023

Dear Judge Walter,

My name is Gerald Jacob and I am the father of Trevor Jacob.

While I do not condone Trevor's actions, I feel that he deserves a second chance. Trevor is a talented, bright, and kindhearted young man who made a huge mistake that he sincerely regrets.

Over the past several years Trevor has clearly demonstrated his willingness and desire to help others when faced with dire situations. On one occasion Trevor pulled off the freeway to extinguish a car fire before it started a massive brush fire. Another time he witnessed a home fire just off the freeway, he helped contain the fire until the fire department showed up. Once he witnessed an elderly woman fall out of her vehicle in 100-degree weather, on the verge of passing out he got her to safety while awaiting paramedics. Additionally, over the years, Trevor has dedicated hundreds of hours teaching kids to skateboard at the Malibu Boys and Girls club. In summary, he is a good kid who is always there, willing to lend a helping hand and has clearly demonstrated numerous times his commitment to being a productive member of society and has always shown respect and kindness towards others.

My son Trevor has never denied his responsibility for the criminal offense which he committed. He continues to express deep remorse for his actions and is willing to take any necessary steps to make amends. Judge Walter, I ask that you consider the unique circumstances of this case and the fact that Trevor did not injure anybody nor cause damage to any natural surroundings.

I clearly understand the severity of the crime which Trevor committed, but Trevor deserves leniency in this case. Let us keep in mind that this is his first offense, and he has no prior criminal record. I urge you to sentence my son with a long term of public service whereby he can utilize his talents in helping other kids become better members of our community.

Thank you in advance for your time and consideration.

Sincerely,

Gerald Jacob

Honorable John F. Walter
United States District Court
for the Central District of California

United States v. Trevor Daniel Jacob
2:23-CR-00221-JFW

Dear Judge Walter,

My name is Jordan Jacob and I am Trevor Jacob's older brother and best friend. I am writing today to request you impose the lowest appropriate sentence for my brother. Being only two years apart in age, Trevor and I have been close to inseparable for the last 30 years. Even living in different areas the last few years, we still talk on the phone daily. Since we were young, we have always had a close family, great friends, and immense passion for action sports and the great outdoors. Trevor has always had a huge heart and has always put others first. Even when he was in the prime of his snowboarding career, he would always come home from a contest and hangout with his same friends he grew up with. Even when others started to see him as a snowboarding superstar, he was always the same person.

In the last two years, I can tell that Trevor has experienced a lot of guilt and regret for his actions with the airplane. It is something I know he wishes he didn't do. Trevor is someone who learns from his mistakes, and I can truly say after this experience he would never consider doing anything like this in the future. Trevor has mentioned to me numerous times that he is excited to keep moving forward in life, bettering himself, and helping others when this rocky time in his life passes. Judge Walter, I want to thank you so much for taking the time to read this, and please consider some leniency when sentencing my brother.

Thank you,
Jordan Jacob



United States v. Trevor Daniel Jacob
October 1, 2023
2:23-CR-00221-JFW

Dear Judge Walter,

As Trevor's mother, Lynn Jacob, I wanted to give you just a brief background on Trevor.

Since the age of two, Trevor has always been very rambunctious and full of energy. He was diagnosed with ADHD when he was 8-9 years old. Trevor has always loved to be the center of attention and loves all the feedback that he gets. He has never fit the mold of the perfect child and has thought of consequences after his sometimes questionable actions.

Trevor has never smoked or done drugs.

However, Trevor set his sights when he was nine years on becoming an olympic athlete. His dedication and hard work to attain his goal came true when he competed in the 2014 Sochi Olympics in BorderCross. He came very close to winning a medal but ended up coming in 9th. Trevor is now hoping to make another attempt in the 2026 winter Olympics being held in Milan, Italy.

With the introduction of social media, he got himself involved in making videos and awaiting feedback from his various shenanigans. Unfortunately, he got in way over his head this time and did a very stupid and dangerous stunt that he has since pleaded guilty to. He deeply regrets ever performing this stunt, but let's keep in mind this is Trevor's first offense. I am very grateful nobody was injured and no property was damaged as a result of this stunt.

I would greatly appreciate the most lenient sentence for Trevor consisting of probation and I strongly feel many hours of community service are very appropriate. Trevor is a great motivator and would be a great role model for at risk youths and young adults. Trevor does not belong in jail with criminals that have committed many illegal activities. He does not have a mean bone in his body. Trevor has a big heart and would never hurt anyone.

The Jacob family is a tight knit family and have always been very close. I have attached two photos of our family. One taken many years ago and one photo as of recent.

Thank you so much for your time and I ask for a lenient sentence in which the court deems appropriate.

Lynn Jacob
Trevor's Mom

November 4, 2023

Dear Judge Walter,

My name is Hagen Kearney. I am a two-time Olympian and a current member of the U.S. Snowboard team. I have known Trevor Jacob since we were 9 years old. Trevor and I grew up snowboarding together and have shared a number of years together on the snowboard team thus becoming very close friends. Trevor has always been someone that I have looked up to as an athlete, competitor, and for his overall character. What has had the biggest impact on me over the years that I have spent with Trevor is his impeccable kindness that he shows to other people. Whether it is a fellow competitor in the snowboard world, or a stranger, Trevor always demonstrates an unwavering compassion towards people, no matter what.

Trevor has big plans on returning to these next Olympics coming up. This upcoming winter season is extremely pivotal in the qualification process for the Olympics. I speak for a large part of the snowboard community, as well as myself, that we would love more than anything to see Trevor return to the Olympics to represent our country. Trevor has learned from his mistake to say the least. What he is facing at this time is the biggest mistake of his life. I promise you that this mistake has changed his life forever, and for the better. Your honor, I please ask from the bottom of my heart to be as lenient as the law permits you to be on Trevor's sentencing.

Sincerely yours,

Hagen Kearney

**From:** Lomazow, Kyle (FAA) ███████████████  
**Subject:** RE: He o Ky e!  
**Date:** Ju y 20, 2023 at 7:09 AM  
**To:** TrevorJacob gkc4 fe@gma .com



H  Trevor!

I asked my management whether I cou d wr te someth ng on your beha f, and unfortunate y, the answer was no. The g st s that un ess we are ordered to by a judge, the FAA does not wr te etters such as what you proposed be ow for a rmen we have taken cert ficate act on aga nst. Hopefu y, the fact that you were re ssued a p ot cert ficate w  support the argument you w   be mak ng. A so, I comp ete y understand why your attorney s ask ng you to obta n as many etters of support as poss b e.

I s ncere y hope that the sentenc ng goes we  for you. I m not sure what your attorney adv sed wou d be the best poss b e outcome, but I hope that s what you end up w th.

A  the best,

Ky e

Ky e Lomazow  
Attorney – Western Team  
Av at on L t gat on D v s on (AGC-300)



www.faa.gov

-----Or g na  Message-----



Subject: He o Ky e!

H  Ky e! How are you do ng today? Hope a  s we .

I wou d genu ne y  ke to thank you from the bottom of my heart for how he pfu  you have been to me, when you rea y had no need to be so k nd to me.  In fact, I wou d have expected the oppos te.

I have been fly ng very profess ona y as a pr vate p ot recent y, and a very thoughtfu  p ot, thanks to you,  t has tru y g ven me mass ve purpose aga n.  The fee ng cannot be exp a ned.

I had a quest on for you.  Unfortunate y my federa  sentenc ng s com ng up on October 16th.

My attorney has g ven me the task to a gn as many etters as poss b e for the federa  judge to rev ew before sentenc ng.

Of course as you know, yourse f, and the FAA has offic a y c eared me to fly aga n, and you have been so he p ng w th that.

I'm wonder ng  f I can p ease add your ema  to the  st of ema s my attorney w   be send ng a etter temp ate to for them to be sent to the judge?

My thoughts are,  f you'd be w  ng, you may be ab e to exp a n to the judge  n the  etter, that I have been c eared to fly aga n, my p ots  cense has been re- ssued to me from the FAA.

And potent a y how pos t ve your and I's connect on has seemed to become and has been ma nta ned through a  of th s.

I made a mass ve m stake, and my  fe has been ob terated from th s mess I have caused myse f.  I'm just do ng a  I can to turn t around before  t cou d get much, much worse.

No pressure and I understand f you dont fee comfortab e do ng so, but f you find t n your heart to g ve me a he p ng hand, I wou d be forever gratefu .

I hope you have a wonderfu rest of your week, and p ease et me know your thoughts on th s.

Thank you Ky e,

-Trevor Jacob

ATTORNEY-CLIENT PRIVILEGE AND/OR OTHER LEGAL PRIVILEGES MAY APPLY TO THIS COMMUNICATION - DO NOT CIRCULATE WITHOUT CONSENT OF SENDER Th s message ( nc ud ng attachments) s transm tted us ng a U.S. Government nformat on system, and s ntended on y for the use of the nd v dua or ent ty to wh ch t s addressed and may conta n nformat on that s ega y pr v eged, confident a , and exempt from d sc osure under app cab e aw. If the reader of th s message s not the ntended rec p ent, you are hereby not fied that any retent on, d ssem nat on, d str but on, ntercept on or copy ng of th s commun cat on s str ct y proh b ted, and may subject you to ega act on. Rep y to the sender f you rece ved th s ema by acc dent, and then de ete the ema and any attachments. Thank you.

# René L. Minjares



September 30, 2023
United States V. Trevor Daniel Jacob
2:23 - CR - 00221 - JFW

Dear Judge Walter,

I write this letter on behalf of my good friend Mr. Trevor Jacob. My name is René L. Minjares, residing in Lompoc, CA since 2011.

To begin with, I fully understand the predicament Mr Jacob has placed himself in (pleading guilty of a Federal Crime) and I certainly do not condone his action leading to the current charges. After spending much of my time trying to figure out why such a well behaved gentleman would ever contemplate such a dangerous and potential destructive exploit, I have come to a distasteful conclusion. Social Media, Ego, and Money. Of

has conveyed to me his most sincere remorse over his actions.  I have accepted his apology and I am convinced of his forthrightness.

I must convey to you why I have made up my mind to bring forth my support for Mr. Trevor Jacob. First, he is an outstanding individual with a good heart. Secondly, he is athletically agile, which is exemplified in qualifying Number One for the US Olympic Team of Snow Boarding at the 2014 XXII Winter Olympics at Sochi, Russia. This is no small feat by any means. I have witnessed his agility in many forms throughout the last five years I have known Trevor. In addition, I have given Mr. Jacob flight instruction in my airplane and he concluded that by obtaining his Private Pilot's License with the FAA Designated Examiner. Again, no small feat. His quiet demeanor has always been outstanding in my observance of him amongst other folks, young or old. I have always admired his respectful demeanor toward everyone he meets. In essence a "Perfect Gentleman".

What does all this have to do with his Trial? A Lot! A grown young man with a previous untarnished record, deserves scrutinized consideration.

Therefore, what punishment is necessary for Mr. Jacob? It is my opinion that any harsh punishment towards this young man would be counter productive. We (as a Society) must

not overreact and destroy an individual who can and will continue to provide Society a meaningful contribution. Mark my words, Mr. Trevor Jacob has much more to contribute and if given the chance, you, Your Honor and everyone else will be surprised and pleased to  observe his righteousness in the near future.

I respectfully request that the court considers my humble recommendation and release Mr. Trevor D. Jacob with the least acceptable reprimand the court can administer.


Sincerely yours, Semper fi,


René L. Minjares

Major, USMC Retired, Captain; Continental Airlines, Jet Airways of India, BASI CFI

 For your Consideration of who I am. I humbly submit a little of my background, first: I am currently an FAA designated Certified Flight Instructor (CFI) with ATP Rating


aircraft. I became an Airline Pilot with Continental Airlines at the age of 50 and retired at the forced US retirement age of  60 in 2007. I continued to fly the B-777 with Jet Airways of India until their Country's Airline Transport Pilots forced retirement at age 65. Henceforth I have been instructing young men and women in the local area for their Private Pilot Pilot License (PPL). This  includes students from the local US Space Force, SpaceX, and Military contract workers. My way of giving back to Aviation of what it has given me throughout my years of Flying.

Honorable John F. Walter
United States District Court for the Central District of California

Dear Judge Walter,

Allow me to introduce myself; I'm Evan Schoenbrun from Malibu, California. A little background of me, for the past 12 years my professional journey has revolved around the intersection of the Music, Entertainment, and Technology industries. Throughout this time, I've amassed a wealth of experience across various facets of the music business. I embarked on this path by spending my first few years in music publishing, then spent a handful of years at Interscope Records while being an artists, and music producer manager.

My entrepreneurial spirit led me to co-found my first venture, Curate Networks, back in 2013. Then serving as the President of Revo, a music sharing app. Currently, I am honored to hold the position of Executive Vice President at Breakr a comprehensive creator collaboration SaaS platform. Simultaneously, I run ES Artists, a full-service entertainment management and consultant company working with Artists, Songwriters, Producers, Labels & Tech platforms.

I've had the privilege of being one of Trevor's closest friends since our elementary school days. Our friendship started when I entered Point Dume Elementary School for 1st grade. Trevor was among the first kids to approach me, and our bond has remained unbreakable ever since.

Trevor stands as an extraordinary friend, and I have been lucky enough to call him one for about 25 years. Throughout these past 25 years, Trevor has been a steadfast presence through all the highs and lows life has thrown my way. From my parents' divorce to various life challenges, he has been my unwavering companion, offering not only a shoulder to lean on but a helping hand in every circumstance. Trevor is the kind of friend who would drop everything to assist anyone in need, extending his generosity to all, not just those closest to him. His loyalty is a remarkable attribute that I deeply admire. Trevor's infectious joy and laughter have consistently injected happiness into our lives, creating countless cherished moments over the past two and a half decades. From our carefree days on the elementary school playground to beach trips, adventures in Mammoth, or simply bouncing on a trampoline, his smile has been a constant companion on our journey.

His love knows no bounds, extending unconditionally to me and everyone fortunate enough to be in his presence. Trevor's capacity for unconditional love transcends

personal connections, encompassing everyone he encounters. I've witnessed countless instances of Trevor selflessly aiding people in need, whether by providing food and shelter to the homeless or assisting others in various ways. He is a true community-minded individual, continually giving back.

Trevor's commitment to fostering personal growth is inspiring, challenging those around him to strive for their best in every facet of life. His unwavering loyalty has stood the test of time, symbolizing his unwavering dedication to our friendship. Through life's triumphs and tribulations, Trevor's unwavering support has remained constant. When encouragement is needed most, Trevor is there to provide it. His motivating words and infectious positivity have played a pivotal role in boosting my confidence and helping me achieve my goals. Trevor's caring nature extends not only to his loved ones but to the broader community. His genuine concern for the well-being and happiness of others is a quality that consistently shines through. The longevity of our friendship, dating back to our first-grade days, speaks volumes about its strength. Not only have we been the closest of friends and travel companions, but we've also been roommates, a time I consider some of the most rewarding years of my life. Our shared dinners and profound conversations are cherished memories.

Reliability is a word that perfectly encapsulates Trevor's character. He is someone you can always count on, whether it's for a last-minute favor or a heartfelt conversation. His firm reliability serves as an anchor in my life, offering stability and reassurance during turbulent times. Whenever I face life's challenges, whether in business or personal matters, Trevor is my go-to confidant, helping me navigate difficult situations. Trust is the cornerstone of any enduring friendship, and Trevor has consistently proven himself to be worthy of that trust. My ability to confide in him and share my innermost thoughts and feelings is a testament to the profound trust we share.

I would like to take this opportunity to respectfully plead with Judge Walter to consider extending mercy and leniency toward Trevor in his upcoming proceedings. While I understand the importance of upholding the law and ensuring justice is served, I believe that Trevor's character and the depth of his remorse deserve careful consideration.

Trevor has demonstrated time and again, both in our enduring friendship and in his interactions with the wider community, that he is a person of exceptional compassion, empathy, and integrity. His actions have consistently shown his commitment to making a positive impact on the lives of others and contributing to the betterment of our society.

In acknowledging his guilt, I can attest to the sincerity of his expressions of regret and remorse, having engaged in numerous heartfelt conversations with him in person and

over the phone regarding this matter. These discussions have allowed me to witness the depth of his remorse and his unwavering commitment to making amends for any wrongdoing.

I firmly believe that Trevor is not only capable of restoring but also of continuing to be a valuable and contributing member of our community. Granting him mercy and leniency in his legal proceedings would provide him with the opportunity to learn from his mistakes, make restitution, and continue his journey toward personal growth and redemption.

In making this plea for mercy and leniency, I ask you, Judge Walter, to take into account the exceptional qualities and character that Trevor possesses, as well as the enduring friendship and support he has provided to me and many others over the years. I hope that this court will consider these factors when determining an appropriate course of action, one that allows Trevor the chance to redeem himself while continuing to contribute positively to society.

Attached is a photograph of me, allowing you to put a face to the name. Additionally, a picture of Trevor and I together with his father, Jerry, from our elementary school days.

Sincerely,
Evan Schoenbrun

Honorable John F. Walter
United States District Court
for the Central District of California

November 10, 2023

███████████

**United States of America v. Trevor Daniel Jacob**
**2:23-CR-00221-JFW**

Dear Judge Walter,

I am Colonel Clifton D. Shuman, United States Air Force (retired) and currently a Designated Flight Examiner (DPE) for the Federal Aviation Administration (FAA). I met Trevor Jacob during the summer of 2023 when he contacted me in reference to reapplying for his private pilot certificate after it was revoked by the FAA. Trevor was forthright and honest for the reason his private pilot certificate was revoked. He freely admitted to his mistakes and was willing to accomplish all the required ground, flight and written test to regain his private pilot certificate. On June 17, 2023 Trevor successfully accomplished all the required oral and flight test and I issued him a temporary private pilot certificate pending FAA final approval.

I am aware of the seriousness of the charges against Trevor and I understand he has pled guilty to these charges. Trevor has expressed remorse and regret for his actions during my interaction with him. It is my desire that you take into consideration his willingness to take full responsibility for his actions and if you are able, show any leniency you are allowed during your sentencing.

I am available if you have any questions regarding my interaction with Trevor.

Sincerely,

*Clifton D. Shuman*

Clifton D. Shuman

████████████



MAMMOTH

# DENTAL

Craig Schrager D.D.S.

October 2, 2023

United States v. Trevor Daniel Jacob
2:23-CR-00221-JFW

Honorable John F. Walter
United States District Court for Central District of California

Dear Judge Walter,

I have known Trevor Jacob since 2003 when he was 10 years old. I have known him as his dentist and neighbor. I have always been impressed with Trevor in our interactions as patient-dentist and neighborhood friend. He was engaging in conversations that we had in the dental office and in the neighborhood on many aspects of life. His high level of maturity as a young man impressed me.
This unfortunate action by Trevor was therefore a shock to me. He made a mistake which he sincerely regrets.
This is a good man that made an error in judgment. I hope you can use this incident to improve the lives of other young men who would look up to him as a dedicated athlete who went to the Olympics. I would recommend the most lenient sentence that you can which can be utilized in the form of community service. Trevor needs to talk to similar young men and women about the action of his mistake and why it was wrong.

Thank you.

Sincerely,

Craig Schrager DDS

Dear Judge Walter,

My name is Aaron Spohn, a 63-year-old owner and partner in a business that designs and builds parks for communities throughout the United States and internationally. Our primary clientele consists of governmental agencies. Over the course of 30 years, I have worked directly with communities, involving kids, young adults, and even older generations, to develop parks tailored for wheeled activities such as bikes, scooters, and skateboards. My professional journey has enabled me to meet individuals from almost all 50 states and from a myriad of backgrounds.

About a year ago, in one of these community meetings for the City of Lompoc, I had the pleasure of meeting Trevor Jacob. From the onset, it was evident that Trevor was not just another attendee; his peers looked up to him, and he showcased an earnest desire to support our project. As our conversation deepened, I came to admire his achievements – from being a pilot to a Nitro Circus athlete and even a builder. His dedication to his passion was evident in the unique 'Skate House' he had constructed – a place I was familiar with even before meeting him.

Post our discussions, I saw potential in Trevor and tried offering him a job, hoping to tap into his genuine passion and insights for our park projects.

I have come to understand that Trevor has pleaded guilty to a federal crime. I want to convey to you, Judge Walter, that despite being aware of his current situation, my respect for him has not diminished. During our recent conversation, he exhibited genuine remorse without any attempt to make excuses. It's clear to me that he recognizes his misstep and wishes to right his wrongs.

In my life, I have had moments where I've come close to the edge, and I've been fortunate to receive a second chance. It was this very chance that allowed me to channel my energy positively, bringing joy and recreation to countless communities. I truly believe that if shown leniency, Trevor too has the potential to positively impact the lives of many.

In conclusion, I would like to request that you consider the "lowest appropriate sentence" for Trevor, taking into account his character and the potential he has for redemption. From my interactions and observations, Trevor is a remarkable young man who, when given a chance, can contribute positively to society.

Thank you for considering my sentiments.

Warm regards,

Aaron Spohn



Dear Honorable John F. Walter,

My name is Josh Swindell, and I am a close personal friend of Trevor Jacob. I first met Trevor over a decade ago and instantly gravitated towards him over our mutual love of action sports, skateboarding, dirt bikes, snowboarding, etc. Since that time, we've grown closer to the point where my wife and I view Trevor as a family member.

A little background on myself. I'm 51 years old and currently reside in Northern California (El Dorado Hills) with my wife Khristine and our three Labradors. In my teenage years my life was consumed by skateboarding, which eventually evolved into a career as a professional skateboarder by the time I was 18. I was fearless, reckless and what a lot of people would call an adrenaline junkie. Along with my career path came a huge ego and dysfunction that led me down a very bad path. Eventually I wanted more out of life, a better life, and decided that sobriety was something that I desperately needed. On July 28th, 2008, I went all in on sobriety. While staying abstinent from alcohol was the goal going in, the real surprise for me was the freedom from self that I gained. The program that I became a part of crushed my ego, provided me much needed humility and has allowed me to live a life of service. Part of that service has been working with the incarcerated population at The California Men's Colony in San Luis Obispo.

I felt it was important to mention my work inside of the prison because it gives me a unique perspective on the world of incarceration. It's allowed me to see the pros and cons of that world that most of us taxpayers never see. While some people need to be incarcerated for the crimes they've committed or their threat to public safety, I just don't see that with Trevor. From my vantage point I think society would be better served by Trevor giving back to the community in some sort of service commitment. The platform that Trevor has as a former US Olympic athlete, as the best all-around action sports athlete that I've ever witnessed can touch so many lives.

The Trevor I know is the kind of guy that pulls over to help a stranger with a flat tire. When his family's community was up in flames years ago, he was in the hills with a makeshift mask fighting fires on stranger's homes with a garden hose, literally throwing himself in the line of fire to help complete strangers. When we would be at the skatepark he would always be there for the young and old. The same goes for when he'd see somebody crash on a snowboard. While he may be viewed by some as an adrenaline junkie like I was, I think his real purpose in life is service to others. He possesses such a beautiful heart and can touch so many lives in a positive manner.

Judge Walter, it is my hope that you see beyond the crime Trevor committed and understand that he is not a habitual criminal. He's a great human being that made a mistake. It is my sincerest desire that you take into consideration what will benefit society and allow some good to come out of this all. If you have any questions, please feel free to reach out to me anytime via the contact information provided below. I thank you in advance for your time to read my letter.


Sincerely yours,

*Joshua Swindell*
Josh Swindell