# EXHIBIT 1



Add a Caption

Friday • Jun 9, 2017 • 6:32 PM                     Adjust

 A7A6634E-6EFB-43AB-8136-635F5AC5ED6B

| No camera information | H.264  |
|---|---|
| No lens information | |
| 1080p • 1920 × 1080 • 654.5 MB | |

| 29.97 FPS | 08:54 |

Add a location...

 Saved from **Collect** >

# EXHIBIT 2













# EXHIBIT 3



*Exhibit 2.5:  Class I and Public Agency Owned Rail System*



# UP Railroad Service Units & Regions



# EXHIBIT 4



**WIKIPEDIA**
The Free Encyclopedia

# Coast Line (Union Pacific Railroad)

The **Coast Line** is a railroad line between Burbank, California[a] and the San Francisco Bay Area, roughly along the Pacific Coast. It is the shortest rail route between Los Angeles and the Bay Area.

## History



The *Coast Starlight* navigating a horseshoe curve near San Luis Obispo

### Predecessors

The San Francisco and San Jose Railroad built the first segment of the line from San Francisco to San Jose between 1860 and 1864. The founders of the SF&SJ incorporated as the Southern Pacific Railroad, which was authorized by Congress in 1866 to connect the line from San Jose south to Needles, where it would meet the Atlantic & Pacific Railroad. SP had built to Tres Pinos by 1873, however they abandoned efforts to continue the line to Coalinga, instead choosing a route from Lathrop.[1] [2]

By 1871, SP had completed a line south from San Jose through Gilroy and Pajaro, arriving at Salinas in 1872 and Soledad in 1873. SP halted southward work at Soledad for thirteen years and started building north from Los Angeles in 1873, completing a line to Burbank. In 1886, SP had pushed south from Soledad to King City, Paso Robles, and Templeton; by 1887, the southern portion of the line had been extended through Newhall, Saugus, and Santa Paula to Santa Barbara.[2][3]

By 1894, SP had extended the line south over the Cuesta Pass from Templeton to San Luis Obispo.[4] The work continued south to Guadalupe in 1895 and Surf in 1896.[2] The 80-mile (130 km) gap between Surf and Santa Barbara was closed with the last spike driven on December 28, 1900.[5]

The first version of the Coast Line, via Saugus and Santa Paula through the Santa Clara River Valley, was completed by the Southern Pacific Railroad on December 31, 1900.[6][7]



Southbound *Coast Daylight*, at Auzerais Street in San Jose in April 1970

The work between Ventura and Carpenteria eventually allowed the construction of the Rincon sea-level road for automobile traffic to travel this formerly impassible section of coastline.

Work on the Montalvo Cutoff, which crossed the Santa Clara River to serve the farmers in the Oxnard Plain and was extended to Santa Susana in Simi Valley, began in 1898.[2] The Santa Susana Tunnel opened in 1904 connecting with the Chatsworth cutoff from Burbank[b] and thereafter was the main line.[8][9] Passenger and freight traffic declined dramatically at the Hueneme wharf in Ventura County as they shifted to the railroad.[10] A new straighter track was built between Chatsworth and Burbank to coincide with the new route, and the original line through the San Fernando Valley was designated as the Burbank

branch.[11] In 1907, the Bayshore Cutoff opened from San Bruno[c] to San Francisco, relegating the original main line through the Bernal Cut to branch status. In 1935 the new line around downtown San Jose opened[d] and thereafter was the main line.[12]

In the golden era of passenger service, SP trains on the San Francisco leg of this route ran from the Third and Townsend Depot in San Francisco to the Union Station in Los Angeles. The Oakland–Los Angeles trains originated from the 16th Street Station in Oakland.



Looking south at the junction of the Coast Subdivision (left) and Peninsula Corridor (right), Santa Clara (2022)

## Current lines

The line has several subdivisions.[13] Ownership is currently split into three segments:

- Caltrain (PCJPB) from CP Lick (MP 51.6, south of Tamien yard) north to San Francisco
- Union Pacific Railroad (UP), which merged with Southern Pacific (SP) in 1996, from CP Lick south to the north end of Moorpark[e]
- Between CP Lick (MP 51.6) and CP Coast (MP 43.9), the Coast Line is owned by PCJPB. At CP Coast, north of Santa Clara Transit Center, the UP Coast Subdivision resumes and branches from the Peninsula Corridor, traveling north/northeast to CP Newark (MP 31.0), where it joins with the Niles Subdivision.

- Metrolink south of Moorpark

The Peninsula Corridor Joint Powers Board purchased the line on the San Francisco Peninsula north of Tamien in 1991, and the line north of Santa Clara is primarily used by passenger services. In 1992, Southern Pacific granted the Los Angeles County Transportation Commission an option to purchase the entire Coast Line for passenger train operations at 110 mi/h (180 km/h). Upgrades to signals and tracks to enable higher-speed operations were estimated to cost $360 million at the time.[14] In the case of both purchases, SP retained freight trackage rights along those lines which continue to be held by the company's successor, Union Pacific.

# Service

## Freight



Coast Subdivision                    [show]

| MP | |
|---|---|
| 13.5 | Niles Subdivision |
| | Ardenwood                          proposed |
| 30.6 | Newark Lead<br>to Dumbarton Rail Bridge |
| 31.0 | Niles Subdivision |
| 33.88 | Albrae Siding |
| | *Drawbridge* |
| | Alameda County ── Coyote Creek<br>Santa Clara County |
| | Lick Mill station |
| 40.74 | Santa Clara–Great America |
| 44.7 | Coast Sub |
| 43.93 | Peninsula Sub    ...la Subdivision   [show]<br>*Caltrain*<br>*to San Francisco* |
| 44.3 | Santa Clara |
| 45.5 | College Park |
| | Caltrain Centralized Equipment<br>Maintenance and Operations Facility |
| | Warm Springs Subdivision<br>*VTA*<br>*to Winchester Transit Center* |
| 46.85 | San Jose |
| | Vasona Industrial Lead |
| | *VTA to Alum Rock* |
| 48.56 | Tamien |
| | yard storage lead |
| | Luther Industrial Lead |
| 50.94 | Peninsula Sub |
| 51.64 | Coast Sub |

Union Pacific freight trains run on the route, although the Fresno Subdivision through the San Joaquin Valley is the preferred north–south California route due to having easier grades and curves.[15] The freight trains are typically local freights, empty bare-table and autorack trains. The line sees varying freight activity across its length. As of 2003, the line between Niles and San Jose saw four freight trains per day, the segment between San Jose and Watsonville saw 13 freight trains per day, between Watsonville and San Louis Obispo saw 7, San Louis Obispo to Santa Barbara saw 9, and 16 south of Santa Barbara to Los Angeles.[16]

## Passenger

The Coast Line is used by commuter, regional, and inter-city passenger trains:

- Amtrak California
  - *Pacific Surfliner* (San Luis Obispo–San Diego)
  - *Capitol Corridor* (Auburn–San Jose)
- Amtrak *Coast Starlight* (Los Angeles–Seattle)
- Metrolink Ventura County Line (Ventura–Los Angeles)
- Caltrain (San Francisco–Gilroy)
- Altamont Corridor Express (San Jose–Stockton)

The southern part of the Coast Line is the northern portion of the 351-mile-long (565 km) LOSSAN Rail Corridor between San Luis Obispo and San Diego. Local agencies along with the host railroads formed the Los Angeles–San Diego-San Luis Obispo Rail Corridor Agency (LOSSAN) in 1989 to work together on upgrading the route.[17] Millions in enhancements to improve the reliability and safety of the railroad corridor have been proposed by Caltrans and federal railroad officials. Ventura County would get rail curve realignments near Seacliff, the Santa Clara River and Montalvo in the near term for an estimated $300 million. Future rail service



could include a Ventura–Santa Barbara commuter train.[18] Long-range plans also including commuter service between Ventura and Santa Clarita along the original route through the Santa Clara River Valley. The Ventura County Transportation Commission purchased the Santa Paula Branch Line within Ventura County from Southern Pacific. While a portion of the line was abandoned after being washed out in Los Angeles County, the Newhall Ranch development will provide for a route through the community.[19]

# See also

- Surf Line, the continuation south to San Diego
- Cal-P Line, the continuation north to Sacramento
- History of rail transportation in California
- Monterey County Rail Extension
- South Pacific Coast Railroad

# References

**Notes**

a. 34.1861°N 118.321°W Burbank Cutoff
b. Burbank, 34.24917°N 119.2129°W
c. San Bruno,37.631°N 122.412°W
d. Between 37.3414°N 121.9127°W to 37.2848°N 121.8427°W
e. Moorpark, about 34.28488°N 118.891°W

**Citations**

1. Daggett, Stuart (1922). *Chapters on the History of the Southern Pacific* (https://books.google.com/books?id=sFcGAAAAMAAJ). New York: Ronald Press Company. pp. 123–124.
2. "Coast Line History" (http://slorrm.com/images/coast_line_hist.pdf) (PDF). *The Ferroequinologist*. June 1984. Retrieved May 23, 2018.
3. Robertson 1986, p. 240
4. Middlecamp, David (August 31, 2019). "From stagecoach robberies to railroads, SLO's new train tracks signaled end of an era" (https://www.sanluisobispo.com/news/local/news-columns-blogs/photos-from-the-vault/article234453502.html). *The Tribune*. Retrieved August 31, 2019.

Santa Barbara Subdivision [show]

5. "New Bonds Unite Los Angeles with the Northern Metropolis" (https://cdnc.ucr.edu/cgi-bin/cdnc?a=d&d=LAH19001229.2.4). *Los Angeles Herald*. December 29, 1900. Retrieved May 23, 2018.

6. "Chronology of Goleta Depot" (https://web.archive.org/web/20131106043228/http://www.goletadepot.org/depot_chronology.php). Institute For American Research. Archived from the original (http://www.goletadepot.org/depot_chronology.php) on November 6, 2013. Retrieved October 30, 2013 – via South Coast Railroad Museum.

7. Ryan, MaryEllen; Breschini, Ph.D., Gary S. "Railroads of the Central Coast—An Overview" (http://mchsmuseum.com/railroads.html). Monterey County Historical Society. Retrieved March 23, 2014.

8. "Southern Pacific Company, 20th Annual Report" (https://books.google.com/books?id=mSkkAQAAMAAJ&pg=PA2034) (December 10, 1904) *The Economist*

9. "CHATSWORTH PARK CUTOFF LINE OPENS TODAY" (http://cdnc.ucr.edu/cgi-bin/cdnc?a=d&d=LAH19040320.2.33&srpos=1). *Los Angeles Herald*. Vol. XXXI, no. 173. March 20, 1904. p. 2.

10. Chase, J. Smeaton (1913). "California Coast Trails: a Horseback Ride from Mexico to Oregon" Chapter VI. (http://www.ventanawild.org/news/fall05/chase/chapter6.html) Reprinted in *The Double Cone Register*, the online journal of the Ventana Wilderness Alliance, Volume VIII, No. 1, Fall 2005

11. Curtiss, Aaron (April 7, 1996). "Tracks to the Past" (https://www.latimes.com/archives/la-xpm-1996-04-07-me-55841-story.html). *Los Angeles Times*. Retrieved January 31, 2021.

12. McGovern 2012, pp. 26, 125

13. SMA Rail Consulting (April 2016). "California Passenger Rail Network Schematics" (https://dot.ca.gov/-/media/dot-media/programs/rail-mass-transportation/documents/f0009927-ca-rail-schematics-a11y.pdf) (PDF). California Department of Transportation. p. 6.



248.44 Coast Subdivision
248.7 San Luis Obispo
 Central Coast Layover Facility

260.9 Grover Beach
267.0 Callender
269.0 Bromela
 San Luis Obispo County
 Santa Barbara County
272.74
273.2 Guadalupe
273.63 Santa Maria Valley Railroad
277.4 Waldorf
283.2 Devon
289.9 Narlon
293.9 Tangair
 Santa Ynez River
 UP White Hills Branch
299.4 Lompoc–Surf

304.6 Honda

314.0 Sudden
322.0 Concepcion
336.0 Gaviota
346.5 Capitan
356.5 Ellwood
358.0 *Pacific Surfliner* Layover
358.2 Goleta
367.4 Santa Barbara
377.8 Carpinteria
 Santa Barbara County
 Ventura County
385.3 Seacliff
394.1 Ventura
394.9 Ventura
400.0 SCRRA Montalvo Subdivision
 Santa Clara River
404.3 Oxnard
 Ventura County Railroad
413.1 Camarillo
416.4 Somis
423.1 SCRRA Ventura Subdivision

**Ventura Subdivision** [show]



426.4 UP Santa Barbara Subdivision
 Metrolink Layover Yard
427.2 Moorpark 

14. Kaufman, Lawrence H (September 30, 1992). "LA transit agency gets option to buy SP's Coast Line route proposed for high-speed use" (https://www.joc.com/la-transit-agency-gets-option-buy-sps-coast-line-route-proposed-high-speed-use_19920930.html). *The Journal of Commerce*. Retrieved June 13, 2018.

15. Norbom, Mary Ann (August 30, 2016). "Ride historic railcars along the coast" (http://syvnews.com/entertainment/ride-historic-railcars-along-the-coast/article_4343c170-38d1-568a-a955-340c15c90f70.html). *Santa Ynez Valley News*. Retrieved September 3, 2016.

16. *Union Pacific Tons per Train* (https://www.trains.com/wp-content/uploads/2020/10/union-pacific-tonnage-map.pdf) (PDF) (Map). Trains. 2003. Retrieved September 11, 2023.

17. "LOSSAN Corridorwide Strategic Implementation Plan, Final Report (April 2012)" (https://web.archive.org/web/20210118133410/https://www.sandag.org/uploads/projectid/projectid_260_14371.pdf) (PDF). San Luis Obispo Council of Governments. Archived from the original (http://www.sandag.org/uploads/projectid/projectid_260_14371.pdf) (PDF) on January 18, 2021. Retrieved April 24, 2018.

18. Clerici, Kevin (January 9, 2011) "Camarillo meeting to address train projects" (http://www.vcstar.com/news/2011/jan/09/camarillo-meeting-to-address-train-projects/) *Ventura County Star*

19. Lozano, Carlos V. (April 29, 1992) "SANTA CLARITA : Panel Says Rail Line to Cost $45 Million" (http://articles.latimes.com/1992-04-29/local/me-835_1_santa-clarita) *Los Angeles Times*

## Bibliography

- McGovern, Janet (2012). *Caltrain and the Peninsula Commute Service*. Arcadia Publishing. ISBN 9780738576220.
- Robertson, Donald B. (1986). *Encyclopedia of Western Railroad History Volume IV California*. Caxton Printers. ISBN 9780870043857.
- Signor, John R. (June 15, 1995). *Southern Pacific's Coast Line* (http://www.signaturepress.com/C

Strathearn Siding
437.5
438.1 Simi Valley
439.2 Hasson Siding
439.69
440.4
440.8

Santa Susana Tunnel

445.5 Chatsworth

449.3 Northridge

450.2
452.1

*E. San Fernando Valley LRT* (planned)
455.1 Van Nuys

458.09 Hewitt Siding
460.6 Burbank Airport–South
*California High-Speed Rail*
Burbank Storage Track
462.39 Valley Subdivision



A Caltrain train (left) passes Union Pacific and Helm Leasing Company engines at South San Francisco, April 2014



*Coast Starlight* crossing the Santa Ynez River, July 2019

oastLine/cl.html). Signature Press. ISBN 0-9633791-3-5. Retrieved June 13, 2018.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Coast_Line_(Union_Pacific_Railroad)&oldid=1184565519"

-

EXHIBIT 5



# Wells Fargo Portfolio Checking

## Activity summary

| | |
|---|---:|
| Balance on 6/1 | 202 00 |
| Deposits/Additions | 5 410 01 |
| Withdrawals/Subtractions | 5 043 59 |
| **Balance on 6/30** | **$568.42** |

Account number: ███████

**TREVOR D JACOB**

*Wells Fargo Bank  N A (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement

## Interest you've earned

| | |
|---|---:|
| nterest earned this month | $0 01 |
| Average collected balance this month | $379 47 |
| Annual percentage yield earned | 0 03% |
| nterest paid this year | $2 20 |

## Transaction history

| Date | Description | Check No | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 6/1 | | | | 202.00 |
| 6/1 | Purchase Authorized On 05/30 Ollo Malibu CA S467150692323302 Card 1957 | | | 45 46 | |
| 6/1 | Purchase Authorized On 05/31 Christopher Ho MD Los Angeles CA S587151577331366 Card 1957 | | | 150 00 | |
| 6/1 | Purchase Authorized On 05/31 76   Smb Corp Culver City CA S307151664997496 Card 1957 | | | 7 10 | 0 56 |
| 6/2 | Online Transfer From Jacob T Savings Xxxxxx9769 Ref # b03Gxzwk3 On 06/02/17 | | 500 00 | | |
| 6/2 | Portfolio By Wells Fargo Mnthly Srvc Fee | | | 30 00 | |
| 6/2 | Online Transfer to Jacob T Savings Xxxxxx9769 Ref # b03Gy6Hk4 On 06/02/17 | | | 300 00 | 169 44 |
| 6/6 | Online Transfer From Jacob T Savings Xxxxxx9769 Ref # b03H7Nxrq On 06/06/17 | | 1 360 00 | | |
| 6/6 | Purchase Authorized On 06/05 Eden Massage Agoura Hills CA S587156847826788 Card 1957 | | | 30 00 | |
| 6/6 | Purchase Authorized On 06/05 Wetzel s Pretzels Thousand Oaks CA S307157020730981 Card 1957 | | | 14 65 | |
| 6/6 | Purchase Authorized On 06/05 Uber US Jun05 Ew Help Uber Com CA S587157025751899 Card 1957 | | | 5 83 | |
| 6/6 | Purchase Authorized On 06/05 Vintage Grocers 30745 Malibu CA P00387157121343340 Card 1957 | | | 2 09 | 1 476 87 |
| 6/7 | Recurring Payment Authorized On 06/06 Dnh*Godaddy Com 480 5058855 AZ S387157493173816 Card 1957 | | | 15 17 | |
| 6/7 | Bill Pay Seiter & CO On Line No Account Number On 06 07 | | | 1 265 00 | 196 70 |
| 6/9 | Purchase Authorized On 06/07 Duck Dive Gastro P Malibu CA S387158779520099 Card 1957 | | | 15 59 | 181 11 |
| 6/12 | Purchase Authorized On 06/09 Tst* Sunlife Organ Malibu CA S307159588588643 Card 1957 | | | 16 90 | |
| 6/12 | Purchase Authorized On 06/09 Chevron 0093443 Santa Barbara CA S387160781292040 Card 1957 | | | 23 39 | |
| 6/12 | Purchase Authorized On 06/12 Arco #63213 Malibu CA P00467163786161066 Card 1957 | | | 12 76 | 128 06 |
| 6/14 | Purchase Authorized On 06/13 Chevron 0099947 Perris CA S587164152833983 Card 1957 | | | 17 36 | |
| 6/14 | Purchase Authorized On 06/14 Blossom Hill 76 San Jose CA P00587165521818739 Card 1957 | | | 35 00 | 75 70 |
| 6/15 | Online Transfer From Turn Great  LLC Business Checking Xxxxxx5298 Ref # b03Hx5Cnt On 06/15/17 | | 110 00 | | 185 70 |

# EXHIBIT 6

JLR000006



# EXHIBIT 7

JLR000007

690941



# Wells Fargo Portfolio Checking

## Activity summary

| | |
|---|---|
| Balance on 7/1 | 568.42 |
| Deposits/Additions | 4,992.00 |
| Withdrawals/Subtractions | - 3,848.46 |
| **Balance on 7/31** | **$1,711.96** |

Account number:

**TREVOR D JACOB**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 7/31 | $0.00 |
| Average collected balance this month | $577.30 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $2.20 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 7/1 | | | | 568.42 |
| 7/3 | Purchase Authorized On 06/30 Los Angeles Airpor Los Angeles CA S467181676769491 Card 1957 | | | 14.51 | |
| 7/3 | Purchase Authorized On 06/30 Los Angeles Airpor Los Angeles CA S387181701182161 Card 1957 | | | 11.36 | |
| 7/3 | Purchase Authorized On 06/30 Uber US Jun30 Bo Help.Uber.Com CA S587182041716389 Card 1957 | | | 42.23 | |
| 7/3 | Purchase Authorized On 07/01 Chick-Fil-A #01048 Edgewater MD S307182854583663 Card 1957 | | | 7.73 | 492.59 |
| 7/5 | Portfolio By Wells Fargo Mnthly Srvc Fee | | | 30.00 | |
| 7/5 | Purchase Authorized On 06/30 Alaska Air 027214 Seattle WA S467181564920879 Card 1957 | | | 321.20 | |
| 7/5 | Purchase Authorized On 07/03 Iron Rooster Annapolis MD S467184506793203 Card 1957 | | | 41.35 | |
| 7/5 | Purchase Authorized On 07/04 Uber US Jul04 Pj Help.Uber.Com CA S587185309724613 Card 1957 | | | 40.34 | |
| 7/5 | Purchase Authorized On 07/04 Uber US Jul04 Nq Help.Uber.Com CA S387185642221363 Card 1957 | | | 11.22 | |
| 7/5 | Purchase Authorized On 07/05 Erewhon Market- Venice Beach CA P00000000335333837 Card 1957 | | | 24.37 | |
| 7/5 | Purchase Authorized On 07/05 7-Eleven Paso Robles CA P00000000081669525 Card 1957 | | | 33.83 | -9.72 |
| 7/6 | Online Transfer From Jacob T Savings Xxxxxx9769 Ref #Ib03Khwvn On 07/06/17 | | 350.00 | | |
| 7/6 | Online Transfer From Turn Great, LLC Business Checking Xxxxxx5841 Ref #Ib03Kltxqm On 07/06/17 | | 196.00 | | |
| 7/6 | Purchase Authorized On 07/03 Alaska Air 027214 Seattle WA S467184459794613 Card 1957 | | | 273.20 | |
| 7/6 | Purchase Authorized On 07/05 Uber US Jul05 Ev Help.Uber.Com CA S587186719522740 Card 1957 | | | 8.99 | 254.09 |
| 7/7 | Purchase Authorized On 07/05 United 016235 800-932-2732 TX S307186241046193 Card 1957 | | | 259.20 | |
| 7/7 | Purchase Authorized On 07/05 Que Pasa Mexican C Atascadero CA S387187051592332 Card 1957 | | | 16.70 | |
| 7/7 | Purchase Authorized On 07/05 Coffee Bean An3257 Los Angeles CA S617188546376537 Card 1957 | | | 7.37 | |
| 7/7 | Purchase Authorized On 07/06 Coffee Express Arroyo Gran CA S307187627459417 Card 1957 | | | 12.40 | |

690942



# EXHIBIT 8

JLR000008

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### IN AND FOR THE COUNTY OF NEVADA

Date: 10/31/2017                          Case No.: TM17-000356

Judge: ROBERT L. TAMIETTI            Reporter: CAROLYN KING

Clerk: K. CROSSON                        Bailiff: MIKE ZACHARY

DEFENDANT: TREVOR DANIEL JACOB        Counsel: NONE

PC369I(a)
PC587b

**NATURE OF PROCEEDINGS:**    DDA MOTION TO MODIFY PROBATION

**APPEARANCES: DDA ANNA TYNER PRESENT FOR THE PEOPLE
JODI TUCKER PRESENT FOR PROBATION**

**DEFENDANT STATUS: NOT PRESENT, AT LIBERTY ON PROBATION**

[X] DDA moves to drop matter from calendar to further investigate a possible violation of probation.
[X] Motion granted.

IT IS ORDERED:
[X] Matter dropped.

cc: da

1
2
3
4
5
6
7

**FILED**

**OCT 03 2017**

Superior Court of the
State of California
County of Nevada

8      IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF NEVADA

10                TRUCKEE DIVISION

11  THE PEOPLE OF THE STATE OF CALIFORNIA,          CASE NO:  TF16-000620

12                              *Plaintiff,*
                                                    MINUTE ORDER
13                                            RESETTING MODIFICATION
                                                 OF PROBATION
14      vs.

15  TREVOR DANIEL JACOB,

16                              *Defendant.*

17

18      Whereas, this matter is set for a pretrial conference on October 24, 2017; and

19      Whereas the court is unavailable to hear this matter that day; it is

20      ORDERED that the modification of probation in this matter is rescheduled to October

21  31, 2017 at 1:30 p.m.

22  DATED:  October 3, 2017

23                                      ROBERT E. TAMIETTI
                                        Judge of the Superior Court
24

25

26

27

28





SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF NEVADA
10075 Levon Avenue, Suite #107, Truckee, CA 96161       (530) 582-7835

## DECLARATION OF SERVICE BY MAIL

I, G. SEAN METROKA, Court Executive Officer of the County of Nevada, being a citizen of the United States, a resident of the County of Nevada, and not a party to the cause, do hereby certify that I mailed copies of the:

MINUTE ORDER RESETTING PRETRIAL CONFERENCE

of which the original(s) is/are on file in the above referenced case, to the following named persons, to wit:

TREVOR DANIEL JACOB
227 SUMMIT ST.
MAMMOTH LAKES, CA 93546

DISTRICT ATTORNEY'S OFFICE
TRUCKEE OFFICE
VIA EMAIL

I certify that I am a permanent resident of the United States, and an employee in Nevada County, not a party to this case and that a copy of the foregoing was executed in Truckee, California and mailed first class, postage prepaid, at Truckee, California, in a sealed envelope addressed as follows, and that the mailing of the foregoing and execution of this certificate occurred on 10/3/17.

G. SEAN METROKA, Court Executive Officer
Superior Court, County of Nevada

COURT SERVICES SUPERVISOR

## PROOF OF SERVICE

1 OFFICE OF THE DISTRICT ATTORNEY
County of Nevada
2 10075 Levon Ave., Suite 101
Truckee, Ca. 96161
3 Telephone: (530) 582-7832
FAX: (530) 587-7073
4
Attorneys for Plaintiff
5

**FILED**

OCT 02 2017

6
Superior Court of the
State of California
7 County of Nevada

8 IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 IN AND FOR THE COUNTY OF NEVADA

10 THE PEOPLE OF THE STATE OF CALIFORNIA,          NO.: TM17-000356

11

12                        Plaintiff,               NOTICE OF
                                                   MOTION TO MODIFY
13 vs.                                             PROBATION AND
                                                   DECLARATION IN
14 TREVOR D. JACOB,                               SUPPORT THEREOF

15                                                 Date: Tuesday, October 24,
                                                         2017
16                        Defendant(s).            Time: 1:30 p.m.

17

18 TO DEFENDANT AND HIS/HER ATTORNEY OF RECORD:

19      **PLEASE TAKE NOTICE** that on the date of **October 24, 2017**, at

20 **1:30 p.m.**, at the above-entitled court located at 10075 Levon Ave., Suite 107,

21 Truckee, California, The People will move the court for an order to modify your

22 probation.  Said motion will be based upon this notice and the supporting

23 declaration, attached hereto.

24 Dated: the 2nd day of October, 2017

25                              CLIFFORD H. NEWELL
                                District Attorney
26

27                      By: _____
                             ANNA TYNER
28                           Deputy District Attorney

## DECLARATION IN SUPPORT

I, ANNA TYNER declare that:

1, I am a Deputy District Attorney for the County of Nevada, State of California.

2.   Defendant was convicted, in the above-entitled action, of section 369i(a) of the Penal Code on the date of August 21, 2017, and was put on summary court probation for a period of three years.

3.  Defendant is posting video of his criminal trespass on social media and encouraging others to commit the same offense. A term of probation forbidding this conduct should be added.

**WHEREFORE**, plaintiff prays that the defendant's probation be modified and for such other relief as the court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Truckee, California, on the 2nd day of October, 2017.

CLIFFORD H. NEWELL
District Attorney


By: _____
ANNA TYNER
Deputy District Attorney

2

# PROOF OF SERVICE BY MAIL

[1013A, 2015.5 C.C.P]

### STATE OF CALIFORNIA, COUNTY OF NEVADA

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within above entitled action, my business address is:   10075 Levon Ave., Suite 101, Truckee, California, 96161.

On the date indicated herein below, I served the within **NOTICE OF MOTION TO MODIFY PROBATION, People vs. Trevor D. Jacob, Case No. TM17-000356** on defendant by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Truckee, California, addressed as follows:

Trevor Jacob
5106 Pacific Ave.
Marina Del Rey, CA  90292

I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Truckee, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, that the foregoing is true and correct, executed on this ___2nd___ day of October, 2017, at Truckee, California.

*Kristen Scholz*
**KRISTEN SCHOLZ**

4

## SUPERIOR COURT OF CALIFORNIA NEVADA COUNTY

| ☐ Nevada City / ☒ Truckee | **ORDER OF PROBATION** | Case No. _T-M17-356_ |

**STATE OF CALIFORNIA**
vs. Defendant _Jacob, Trevor_

**Defendant having been convicted of:**
_PC 369i(a)_                          F☐ M☒
_____            F☐ M☐

**THE COURT ENTERS THE FOLLOWING ORDERS:**

☒ SUSPENDS IMPOSITION of sentence and grants the defendant probation as follows:

☐ Sentences defendant to prison for a term of _____ and SUSPENDS EXECUTION of sentence, granting the defendant probation as follows:

☐ **FORMAL**          ☒ **SUMMARY**
**TERM:** _3_ YEAR(S) MONTH(S) from date of this order.
**GENERAL TERMS AND CONDITIONS ON BACK OF PAGE 2**

**JAIL TERMS**
☐ Serve _____ days in Nevada County Jail
☐ _____ days credit ( _____ actual + _____ conduct)
☐ Jail to calculate credits.  ☐ **Johnson Waiver**
☐ commencing forthwith
☐ commencing on _____ at _____ a.m. /p.m.
*Should defendant fail to report to jail on date and time set, without good cause, defendant waives all good/work time credits against sentence ordered by the court.*
☐ Concurrent ☐ Consecutive to _____
☐ Defendant may **NOT** apply for Alternative Sentence
☐ Defendant may apply for Alternative Sentence
  ☐ after first completing _____ days in jail, including
  ☐ actual credits ☐ conduct credits
☐ _____ days suspended on condition of no VOPS
☐ and completion of _____ inpatient substance abuse treatment program
☐ Upon bed availability, defendant may be released directly to a residential treatment program from custody with balance of sentence suspended.  Day for day credit only upon successful completion of program.
☐ _____ to be served on Work Release Program.
☐ Attend Beyond Bars program while in custody.
☐ Contact Probation within _____ hours of release.
☐ Fine balance converted to jail.
☐ Other_____

**LICENSE & VEHICLE TERMS**
☐ Do not knowingly operate a motor vehicle without valid driver's license and insurance
☐ Driver's License ordered Suspended / Revoked for _____ months / years. ☐ Per VC § 13202.5.

**DRUG / ALCOHOL / MENTAL HEALTH TERMS**
☐ Do not possess or consume illegal / restricted dangerous drugs, controlled substances without a prescription, or drug paraphernalia.  Notify court/probation within 72 hours of any controlled substance prescribed to you by a physician.  Submit to chemical testing of blood/urine for the detection of drugs at the request of a peace or probation officer.  Type of test at officer's discretion.
☐ Do not possess or consume substances labeled "not for human consumption".
☐ Do not knowingly consume or possess alcohol or enter places where alcohol is served or sold as chief item of sale.
☐ Submit to chemical test of blood, breath or urine.
☐ Take all medications as prescribed by a physician.  Do not discontinue without order from physician or court.

**OTHER SPECIAL CONDITIONS**
☐ Do not knowingly possess or own any firearms, deadly weapons, ammunition or ballistic armor.  PC 29800(a)(1)
☐ Submit to search and seizure of person, residence, business and property any time, day or night, with or without a search warrant and with or without probable cause.
☐ Search and seizure limited to: ☐ Controlled Substances, illegal drugs, or paraphernalia; ☐ Alcohol ☐ Firearm / Dangerous/Deadly Weapons / Ammunition ☐ Stolen Property ☐ Gang Related Material ☐ Other: _____

☐ Defendant shall register pursuant to:
☐ H&S 11590 ☐ PC 290 ☐ PC 457.1(b) ☐ PC 186.30
☐ Submit to DNA testing    ☐ Submit to AIDS testing
☐ Other _____

**SUBSTANCE ABUSE / COUNSELING / PROGRAMS**
Enroll in, attend and complete:
☐ 52 Week Batterer Program (PC § 1203.097)
☐ 52 Week Child Abuse Prevention
☐ Parenting Class - Length _____
☐ Anger Management - Length _____
☐ Theft & Property Violator Class - Length _____
☐ Residential treatment program for drugs / alcohol for a period of _____
☐ Outpatient treatment program for drugs / alcohol for a period of _____
☐ Other: _____
☐ Enroll By: _____
☐ Complete By: _____
☐ Attend _____ self-help meetings per week and provide proof to the court by _____
☐ Complete _____ hours Community Service and provide proof to the court by _____
☐ Defendant waives confidentiality to permit Probation to monitor progress in treatment.

*It is your responsibility to provide proof of enrollment and completion to the court. Failure to do so may result in a violation of probation.*

Case No. TM17-366

## PROTECTIVE ORDER / VICTIM

- [ ] Do not annoy, harass, strike, or threaten,
  - [ ] and stay _____ yards away from:
  
  _____ (Protected Person)
- [ ] Criminal Protective Order made a condition of probation
- [ ] Criminal Protective Order TERMINATED
- [ ] Other: _____

## VICTIM RESTITUTION

- [ ] Court reserves jurisdiction over Victim Restitution
- [ ] Restitution Hearing Set for _____
- [ ] Pay Victim Restitution in the amount of $ _____
  plus 10% interest per annum from _____
- [ ] per stipulation    [ ] as determined by court after hearing
- [ ] Payable to Nevada County Collections for the benefit of
  _____
- [ ] payable $ _____ per month beginning _____
- [ ] payable as determined by Collections. Report to
  collections immediately after court to set up account

*If you will still owe victim restitution when your term of probation is ended, you must report to Collections to complete an updated financial declaration 120 days prior to the expiration of your probation.*
**(PC § 1202.4(f)(11))**

## OTHER TERMS:

- [ ] If deported, do not reenter United States illegally. Report reentry to probation/court within 48 hours
- [ ] Do not associate with others known to be on Probation or Parole.
- [ ] Additional Conditions of Probation Attached
- [ ] _____

## FINES / FEES

| Court Fines, penalty assessments and State Surcharge | | |
|---|---|---|
| | Ct. 1 | $ waived |
| | Ct. 2 | $ |
| Court Operations Fee PC§1465.8 | | $ 40 |
| Conviction Assessment GC§70373 | | $ 30 |
| Restitution Fine PC§1202.4 | | $ 150 |
| Prob. Revocation Fine PC§1202.44 (Susp) | | ($ ____ ) |
| OR/Cite Fee GC§29550 | | $ |
| Criminal Lab Fee HS§11372.5(a) | | $ |
| Drug Testing Fee PC§1203.1 | | $ |
| Drug Program Fee HS§11372.7 | | $ |
| Blood Draw fee PC§1463.14(b) | | $ |
| ER Medical Air Transport GC§76000.10 | | $ |
| FTA Fee VC§40508.5 / PC§853.7 | | $ |
| Sex Offender Fee PC§290.3 | | $ |
| Crime Prevention (Theft) PC§1202.5 | | $ |
| DV Program Fee PC§1203.097(a)(5) | | $ |
| DV Shelter Fee PC§1203.097(a)(11) | | $ |
| Fish & Game Pres. Fund F&G§12021 | | $ |
| Installment Account Fee | | $ |
| | | $ |
| | | $ |

**TOTAL DUE:**                                      $ 220

## PAYMENT TERMS (Payable to the Superior Court)

- [x] Forthwith   [ ] In full by _____
- [ ] Payable at $ _____ per month or _____ hours of community
  service per month, beginning _____
- [ ] In lieu of Fine serve _____ hours Community Service due
  by _____ . If not completed on time, remains a fine.
- [ ] Fines/Fees stayed until victim restitution paid in full
- [ ] $ _____ suspended on condition no VOPs
- [ ] Court orders all fines/fees stayed upon successful
  completion of Probation.
- [ ] Other: _____

## OTHER COSTS (Payable to Collections)

- [ ] Pay $500/_____ for cost of presentence report.
- [ ] Pay $50/_____ per month probation supervision fees
  commencing _____ .

I hereby acknowledge receipt of a copy of the court's Order; I agree to comply with terms and conditions herein. I understand that if I knowingly violate any terms of my probation order, it may cause the court to revoke and terminate probation and impose appropriate sentence. I agree to waive extradition for any probation revocation proceedings which occur in reference to probation granted. I understand that if my payment becomes delinquent my fine balance will be referred to collections and a civil assessment fee will be added. Also DMV may be notified for failure to pay which could result in a driver license suspension OR the Court may issue a warrant for my arrest.

**I agree that my signature below authorizes the release of any information regarding counseling and/or programs attended to Court and Probation.**

- [ ] Plea in absentia through attorney of record

Defendant's Signature: _____
Mailing Address: 5061 Pacific Ave
Physical Address (if different): _____
City: Marina Del Rey    State: CA
Zip Code: 90292    Date of Birth: 8/5/93
Phone Number: (310) 498-2894

## FUTURE HEARING DATE

DATE: _____ at _____ a.m. / p.m.
DEPARTMENT: _____ FOR: _____
- [ ] Defendant is required to appear.
- [ ] Defendant is not required to appear if proof of
  program enrollment or completion has been received
  as required.

Done in open court on 8-21-17
So ordered: _____ Judge

Page 2

**FORMAL PROBATION – GENERAL TERMS AND CONDITIONS:**

- Violate no laws.
- Report to the Nevada County Probation Department today immediately following this hearing, or if in jail no later than the next business day following your release from custody, and report thereafter as directed by the Probation Officer.
- Obey all orders, regulations and directions of the Court, Probation Officer, Law Enforcement and Jail.
- Do not leave the state without the written consent of the Probation Officer.
- Seek and maintain regular employment or be enrolled in an approved educational or vocational program.
- Advise Probation Officer of your residence and report any change prior to moving.
- Allow Probation Officers to visit your home and place of employment at reasonable times; all gates shall remain unlocked at these times; all animals shall be restrained or contained.
- Do not possess or control any firearm, dangerous or deadly weapon or ammunition or ballistic armor.

**SUMMARY COURT PROBATION - GENERAL TERMS AND CONDITIONS:**

- Violate no laws.
- Obey all orders, regulations and directions of the Court/ Probation Officer/ Law Enforcement / Jail.
- Notify Court / Probation Officer / District Attorney / Immediately of any change in residence and address.

**NOTICES:**

You may petition under PC §1203.4 for an order vacating your plea and entry of order of dismissal upon successful completion of probation.

If you have been convicted of PC §§ 71, 76, 136.5, 140, 148(d), 171b, 171c, 171d, 186.28, 240-243, 244.5, 245, 245.5, 246, 246.3, 247, 273.5, 273.6, 417, 417.1, 417.2, 417.6, 626.9, 646.9, 17500, 25300, 25800, 26100(b)(d), 27510, 27590(c) and W&I §§ 12100(a), 12220, 12320, 12590, 871.5, 10001.5, 8100, 8101, and 8103, and you possess or have under your custody or control any firearm within 10 years of conviction, you can be charged with a felony.

**REGARDING FINE PAYMENTS:** It is your responsibility to submit your monthly payments to the Superior Court.  No monthly statements will be mailed.  Please include your case number on your check or money order or pay online with Visa®, Master Card®, Discover® or Electronic Fund Transfer at: https://www.officialpayments.com/index.jsp

CONTACT INFORMATION: COURTS, SERVICES AND OFFICES

**IN NEVADA CITY**

**201 Church Street, Suite 7**
Nevada City, CA 95959
(530) 265-1311

224 Main Street
Nevada City, CA 95959
(530) 265-1400

109 1/2 North Pine Street
Nevada City, CA 95959
(530) 265-1200

201 Commercial Street
Nevada City, CA 95959
(530) 265-1301

925 Maidu Ave
Nevada City, CA 95959
(530) 265-1291

950 Maidu Avenue
Nevada City, CA 95959
(530) 265-1319

**NEVADA COUNTY SUPERIOR COURT**

NEVADA COUNTY PUBLIC DEFENDER

NEVADA COUNTY  PROBATION DEPARTMENT

NEVADA COUNTY DISTRICT ATTORNEY

NEVADA  COUNTY SHERIFF (JAIL)

COUNTY COUNSEL OF NEVADA COUNTY

**IN TRUCKEE**

**10075 Levon Avenue, Suite 107**
Truckee, CA 96161
**(530) 582-7835**

10075 Levon Ave, Suite 200
Truckee, CA 96161
(530) 582-7801

10075 Levon Ave, Suite 102
Truckee, CA 96161-4804
(530) 582-7804

10075 Levon Avenue, Suite 101
Truckee, CA 96161
(530) 582-7832

10879 Donner Pass Road
Truckee, CA 96160
(530) 582-7842

1  CLIFFORD H. NEWELL (SBN 204426)
2  Nevada County District Attorney
3  201 Commercial Street
   Nevada City, CA 95959
4  Tel: (530) 265-1301



FILED
JUL 28 2017
Superior Court of the
State of California
County of Nevada

5
6
7
8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
10              IN AND FOR THE COUNTY OF NEVADA
11
12  THE PEOPLE OF THE STATE OF CALIFORNIA,          Case No.: TM17-000356
13                                    Plaintiff,    MISDEMEANOR COMPLAINT
14              -vs-
15  TREVOR DANIEL JACOB                             Assigned to Judge Robert L. Tamietti
    DOB: 08/06/1993                                 For All Purposes
16
17                                Defendant(s).

18  The District Attorney of the County of Nevada hereby accuses the defendant of:

19                              **COUNT I**

20  On or about July 3, 2017, in the County of Nevada, the crime of **TRESPASS ON RAILROAD**

21  **PROPERTY**, in violation of **Penal Code section 369i(a), a misdemeanor**, was committed

22  byTrevor Daniel Jacob, who did unlawfully enter and remain upon the property of a railroad

23  without permission, and said act and the continuance of said act, interfered with, interrupted

24  and hindered the safe and efficient operation of a locomotive, railway car and train.

25                              **COUNT II**

26  On or about July 3, 2017, in the County of Nevada, the crime of **TRESPASSING ON**

27  **RAILROAD EQUIPMENT**, in violation of **Penal Code section 587b, a misdemeanor**, was

28

                          MISDEMEANOR COMPLAINT

committed by Trevor Daniel Jacob, who did unlawfully, without being thereunto authorized by the owner, lessee, and corporation operating a railroad, to wit, **UNION PACIFIC**, enter into, climb upon, hold to, and attach himself to a locomotive, locomotive-engine tender, freight, and passenger car upon such railroad, and a portion of a train thereon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2017, at Truckee, Nevada County, California.

CLIFFORD H. NEWELL, DISTRICT ATTORNEY

By: _____
    ANNA TYNER,
    DEPUTY DISTRICT ATTORNEY

DA#: 17-07-043278
Agency: OTHR
Report #: 17075654
Booking#: [BOOKING NUMBER]
Vehicle License #: [VEHICLE LICENSE] – [LICSTATE]
Sesslin
/af

NOTICE: PURSUANT TO PENAL CODE SECTIONS 1054.5(b) AND 1054.3, THE DISTRICT ATTORNEY HEREBY MAKES AN INFORMAL DEMAND FOR DISCOVERY WITHIN FIFTEEN DAYS.

Additionally, the People request that defense counsel provide any statements made by the defendant's intended witnesses, including the substance of oral statements that defense witnesses have made directly to defense counsel. *Roland v. Superior Court,* 124 Cal.App.4th 154, 21 Cal.Rptr.3d 151.

MISDEMEANOR COMPLAINT

# EXHIBIT 9

JLR000009

THE SUPERIOR COURT, STATE OF CALIFORNIA
For the County of Santa Barbara
Figueroa Division

THE PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff,

vs.

**TREVOR DANIEL JACOB**                    **DOB:**    **08/06/1993**

Defendant.

DA No. 17-07-405717
Court No. 17CR10066

**MISDEMEANOR COMPLAINT**
F I L E D
SUPERIOR COURT of CALIFORNIA
COUNTY OF SANTA BARBARA

SEP 2 9 2017

Darrel E. Parker, Executive Officer
BY V. OSTLANDER
Deputy Clerk

The undersigned is informed and believes that:

## COUNT 1

On or about July 3, 2017, in the County of Santa Barbara, the crime of TRESPASSING ON RAILROAD EQUIPMENT , in violation of PENAL CODE SECTION 587B, a Misdemeanor, was committed by TREVOR DANIEL JACOB, who did unlawfully, without being thereunto authorized by the owner, lessee, person, and corporation operating a railroad, to wit, BROADING UNION PACIFIC FREIGHT TRAINS IN GOLETA, enter into, climb upon, hold to, and attach himself to a locomotive, locomotive-engine tender, freight, and passenger car upon such railroad, and a portion of a train thereon.

## COUNT 2

On or about July 3, 2017, in the County of Santa Barbara, the crime of TRESPASS ON RAILROAD PROPERTY, in violation of **PENAL CODE SECTION 369i(a)**, a Misdemeanor, was committed by TREVOR DANIEL JACOB, who did willfully and unlawfully enter and remain upon railroad property without permission.

\* \* \* \* \* \* \*

1

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Santa Barbara, California, on September 29, 2017.

*Jayce E. Dudley*

LEE CARTER
SENIOR DEPUTY DISTRICT ATTORNEY

Agency: UPR

| DEFENDANT NAME | SEX | RACE | HGT | WGT | EYES | HAIR | DRIVER'S LICENSE | STS | COURT DATE |
|---|---|---|---|---|---|---|---|---|---|
| Trevor Daniel Jacob | M | W | 511 | 195 | BRO | BRO | E2258422 | LR | 10/19/2017 |

wb

2

| People of the State of California vs | | CASE NUMBER | | 17CR10066 |
|---|---|---|---|---|
| ☐ Deft True Name | Figueroa – Criminal | | | |
| | | DATE | TIME | DEPT |
| Jacob, Trevor Daniel | 1680733 | 10/23/2017 | 8:30 AM | SB Dept 8 |
| HEARING Arraignment on Complaint Continued | | CLERK S. Rosenbarger | | |
| JUDGE Clifford R Anderson, III | | REPORTER | | |
| DISTRICT ATTY _Krey ga J._ | | CUSTODY STATUS Letter to Appear | | |
| DEFENSE ATTY _pro per_ | | AGENCY | DATE OF VIOL | DOB |
| Interpreter_____ sworn language_____ | | State of California | 07/03/2017 | 08/06/1993 |

CHARGES
001   PC587B   -M        002   PC369IA   -M

**Appearances:** ☐ Deft present ☐ Deft not Present ☐ In Custody
☐ With PD ☐ By Atty ☐ By PD ☐ Needs Atty
☐ appointed ☐ PD declares conflict ☐ PD relieved ☐ CDA appointed
☐ 977 PC waiver filed ☐ Defense/PD declares lost contact
☐ 170 6 CCP Judge _____ by ☐ Defense ☐ People
☐ Case assigned for all purposes to _____
**Arraignment/Pleas:**
Filed ☐ Amended Complaint ☐ Amended Information ☐ Information
☐ Deft advised of rights (see reverse) ☐ Deft/Atty waives formal reading and advisement of rights ☐ Defense handed copy of ☐ Comp ☐ Info
☐ On DA/Court's Motion, Complaint/Information amended
☐ To add count _____ viol of _____ and ☐ count _____ viol of _____
☐ To reduce/replace count(s) _____ to _____
☐ Ct(s) _____ reduced to Misdemeanor per 17b PC
☐ Deft is duly arraigned and pleads ☐ Not Guilty to Ct(s)_____
☐ No Contest to Ct(s) _____ ☐ Guilty to Ct(s)_____
☐ Denies Prior ☐ Admits _____ Prior(s) ☐ Prior(s) _____ Stricken
☐ Special Allegation(s) / Refusal ☐ Denied ☐ Stricken
☐ Admitted_____
☐ Ct(s) _____ ☐ Dismissed on Motion of DA/Court in Interest of Justice (1385 PC) ☐ Dism on Motion of DA/Crt on other grounds
☐ Harvey waiver ct(s) _____ ☐ Faretta waiver Tld ☐ Arbuckle waiver given/filed
☐ Motion by _____ for _____ ☐ Granted ☐ Denied
☐ Deft waives time for ☐ Arraignment ☐ Prelim ☐ Trial ☐ Sentencing
☐ Time waived for _____ days ☐ Time waived to _____
☐ Deft/People waive Jury Trial ☐ Under submission
**Violation of Probation:** ☐ Defense handed copy of Violation of Probation
Report ☐ Deft advised of alleged Violation of Probation and all VP rights
☐ Deft admits viol & waives all VP rights ☐ Deft denies alleged Viol of Prob
☐ Deft found in Violation of Probation ☐ Deft not found in Viol of Probation
**Diversion:** ☐ Diversion granted on Ct(s) _____ for _____ months/years,
order incorp herein ☐ Terminated and criminal proceedings reinstated
☐ Successfully completed ☐ Denied ☐ Reinstated ☐ Violation admitted
**Reporting:** ☐ Refer to Probation within _____ hrs/days for
☐ Pre-Plea Report ☐ SATC Report ☐ 1203c Report ☐ Other_____
☐ Pre-Sentence Rpt ☐ Anger Mgmt ☐ Restitution ☐ SARA assessment
☐ Oral/Written Supplemental ☐ Work Service ☐ Diversion Rpt ☐ SCRAM
☐ Recommended Therapies ☐ Referral given to Probation Officer in court
**Custody Status:** ☐ Remanded to the custody of the Sheriff
☐ Bail set at $ _____ ☐ Cite Release continued
☐ **Deft ordered** ☐ Released ☐ to return ☐ discharged on this case only
☐ To Representative of _____
☐ Released on OR ☐ OR continued ☐ OR revoked
☐ Deft to be dressed out ☐ with property for release ☐ Jury Trial ☐ Until further order by the Court ☐ Deft allowed _____ completed phone calls
☐ Deft to be seen by Med Tech/County Mental Health
☐ **Cash Bail** ☐ **Bail Bond** ☐ Continued ☐ Forfeited ☐ Exonerated
☐ Reinstated and Exonerated ☐ Apply to Fine ☐ Reassumed
☐ Upon payment of $ _____ fee by _____
☐ **Warrant** Ordered per _____ ☐ 978 5 PC ☐ 40508a VC
☐ 1203 2 PC $ _____ ☐ No Bail ☐ Held until _____
☐ May be forfeited ☐ May be served at night ☐ Quashed ☐ Released
☐ RECALLED ☐ Warrant remains out ☐ Affidavit/Declaration requested
**Other Orders:** ☐ Criminal proceedings ☐ suspended ☐ reinstated
☐ Fine/Jail stayed pending appeal ☐ Statement of appeal settled/certified
☐ Deft Sentenced to ☐ State Prison ☐ Jail 1170(h) PC, Packet to follow
☐ Referred 1203 03 PC ☐ 4011 6 PC report ☐ 136 2 PC Protective Order
☐ Order to Produce Deft ☐ 730 EC ☐ 136 2PC Order dated _____ vacated
☐ 1368 PC Declared ☐ Dr(s) _____ appointed

**Probation:** ☐ Unsupervised ☑ Supervised ☐ **Supervision 1170(h):**
☑ Probation Granted for _____ mos/yrs, imposition of sentence suspended
☐ Probation Granted for _____ mos/yrs, Deft sentenced to _____ days/mos
Santa Barbara County Jail, suspended for _____ days/mos/yrs
☐ Supervision Granted for _____ mos/yrs, see page two of minute order
☐ See Prob/Sup Order incorporated herein for all Terms and Conditions
☐ Revoked ☐ To Retain Jurisdiction ☐ To Impose/Execute Sentence
☐ Terminated ☐ Prob to terminate upon completion of ☐ Jail ☐ Fine
☐ Reinstated ☐ Modified ☐ Existing terms and conditions
☐ Modified, order incorporated herein ☐ Term stricken _____
☐ Extended for _____ months/yrs, terminate on _____
☐ Formal Prob modified to Court ☐ Court Prob modified to Formal
☐ Prob unsupervised upon completion ☐ Jail ☐ serv.... ☐ ....
**Jail:** ☐ You tube videos have been
As to Ct(s) _____ Deft to serve _____ Days in Santa Barbara preserved
County Jail ☐ per 1170(h) PC ☐ Credit for time served ☐ Deft granted
credit for _____ actual days time served plus _____ good/work
time credits for a total of _____ days. Jail Calc ☐ 1/2 ☐ 4019PC
☐ Deft to report to jail on or before noon/at _____ on _____
☐ SB ☐ SM ☐ Lom ☐ May be served in any penal institution _____ TRINS
☐ Jail previously stayed, permanently stayed ☐ Other _____
☐ Jail stayed/suspended on condition complete _____ AA mtgs
☐ New matter, Vacate previous Jail report date of _____
☐ Sentence to be served ☐ Consecutive ☐ Concurrent to _____
case(s) _____

☐ Rec ☐ Elec Monitor ☐ Work Furlough ☐ SWAP ☐ apply by _____
☐ Deft to report to _____ for booking and release within _____ days
☐ Booking fee ordered ☐ Booking fee waived _____
**Driver's License/Programs:** ☐ See Probation Order
☐ License suspended ☐ License restricted for _____ days/mos/yrs
☐ Term(s) of restriction _____ ☐ License Revoked
☐ Petition for Restrict ☐ Granted ☐ Denied ☐ IID required
Deft to attend ☐ 1st Offend-3 mo ☐ 1st Offend-9 mo ☐ 12hr prog ☐ Multi-Off
☐ Re-referred, enroll by _____
**Payments:** ☐ See Probation Order
☐ As to ☐ All ☐ Count(s) _____, Fine ordered of $ _____
☐ As to Count(s) _____ Fine ordered of $ _____
☑ Plus Restitution/OR/CR Fine/Fee of $175 00 per 1202 4/1463 07 PC
☑ Due Today ☐ Or pay total amount due plus an additional $30 00 per PC
1205 in full within 60 days ☐ of release or ☐ by _____, or sign up for
the installment payment plan ☒ Make checks payable to "Clerk of the Court"
☐ Diversion Restitution Fee of $ _____
☐ $ _____ of Fine is ☐ Exonerated by Jail ☐ Suspended
☐ May be paid by Comm Service ☐ _____ hrs Comm Serv by _____
☐ Modify fine terms to $ _____ due by _____
☐ Pay CCA / TFA / FTP ☐ Security Fee of $ _____ by _____
☐ Pay PD/CDA/Atty costs of $ _____ by _____
**CASE ORDERED CONTINUED TO:**

| Date | Time: | Hearing: | Dept: |
|---|---|---|---|
| | | | |

☐ Vacate date of _____ ☐ Deft must be personally present
☐ Estimated ☐ Trial ☐ Prelim ☐ Hearing Length _____
☐ Commenced ☑ Concluded ☐ In Progress ☐ Continued ☐ Off calendar
☐ Rescheduled by ☐ Court ☐ Party ☐ **Last Date for Trial** _____
See ☑ reverse side ☐ page two for supplemental minute order

Comm _Stay away from union pacific property._

SC-3400 [Rev January 2014]      By ___J. at___ ___Deputy Clerk

ARRAIGNMENT / ADVISEMENT (applicable entries initialed)

    ATTORNEY waived formal reading and advisement of rights

☒  DEFENDANT advised of his/her constitutional rights as follows

        (JURY TRIAL) Right to trial by jury

        (SELF INCRIMINATION) Privilege against compulsory self-incrimination

        (CONFRONTATION) Right to confront and cross-examine witnesses

        (COUNSEL) Right to be represented by an attorney at all stages of the proceedings and to the appointment of counsel if one is unable to afford one

        (CONTINUANCE) Right to a reasonable continuance

        (SPEEDY TRIAL) Right to a speedy and public trial

        (COURT TRIAL) Right to a court trial

        (SUBPOENA) Right to subpoena witnesses on ones own behalf

        (PLEA) Right to plead guilty or not guilty

        (ARRAIGNED) Deft duly arraigned

FELONY

        (PRELIMINARY HEARING) Right to a Preliminary Hearing

        (60 DAYS) Right to have a trial within 60 days of the filing of an indictment or information

PLEA ENTERED / ADMONISHMENTS AND WAIVERS (applicable entries initialed)

    Defendant withdraws plea of guilty as to count(s) _____

☒  COURT finds that the Defendant was advised, understands, and waived each of the constitutional rights after being specifically queried as to each one

        (PRO-PER) Defendant waived counsel

        (COUNSEL) Defendant represented by counsel

        (CONCURRENCE) Defense counsel concurred in defendant's plea or admission

    COURT found plea was knowledgeable, intelligently made and voluntary

        (CHARGES) Court informed the defendant of the charges and direct consequences of plea

        (RIGHTS) Court informed the defendant that by pleading guilty/no contest he/she is giving up the constitutional rights listed below

        COURT finds that the plea is freely and voluntarily made

        The COURT accepts the defendant's plea of guilty or no contest

        The COURT finds that the defendant understands the nature of the crimes charged and the consequences of the guilty/no contest plea

        COURT finds that there is a factual basis for the plea

        (WRITTEN PLEA) Written plea of guilty/no contest form executed by defendant and filed

        (IMMIGRATION) Defendant advised per 1016.5 PC as to the effect of plea on immigration status

☒  (WAIVED) Defendant was informed of and WAIVED his/her constitutional rights as follows

        (JURY TRIAL) Right to trial by jury

        (SELF INCRIMINATION) Privilege against compulsory self-incrimination

        (CONFRONTATION) Right to confront and cross-examine witnesses

        (CONTINUANCE) Right to a reasonable continuance

        (SPEEDY TRIAL) Right to a speedy and public trial

        (COURT TRIAL) Right to a court trial

        (SUBPOENA) Right to subpoena witnesses on ones own behalf

        (COUNSEL) Right to be represented by an attorney at all stages of the proceedings and to the appointment of counsel if one is unable to afford one

FELONY

        (PRELIMINARY HEARING) Right to a Preliminary Hearing

        (60 DAYS) Right to have a trial within 60 days of the filing of an indictment or information

---

**SUPERIOR COURTS OF CALIFORNIA**
**COUNTY OF SANTA BARBARA**

**SANTA BARBARA – FIGUEROA DIVISION**
118 East Figueroa Street
Santa Barbara, CA  93101-2113
Phone  (805) 568-3959

**SANTA MARIA – MILLER DIVISION**
312-M East Cook Street
Santa Maria, CA  93454-5165
Phone  (805) 346-7550

**LOMPOC DIVISION**
115 Civic Center Plaza
Lompoc, CA  93436-6967
Phone  (805) 737-7789

**SOLVANG DIVISION**
1745 Mission Drive
Solvang, CA 93463
Phone  (805) 686-5040

*For Court fines* Make checks payable
to "Clerk of the Court"

**PROBATION DEPARTMENTS**

**Santa Barbara**
117 East Carrillo Street, Santa Barbara, CA  93101
Phone  (805) 882-3700

**Santa Maria**
2121 S  Centerpointe Parkway, Santa Maria, CA 93455-6139
Phone  (805) 739-8500

**Lompoc**
415 E  Cypress Avenue, Lompoc, CA  93436
Phone  (805) 737-7800

**SANTA BARBARA COUNTY JAILS**

**Santa Barbara**
4436 Calle Real
Santa Barbara, CA  93110

**Santa Maria Substation**
812-A West Foster Road
Santa Maria, CA 93455

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA

OCT 2 3 2017

Darrel E. Parker, Executive Officer

BY _____
M. Tinsley, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: People of the State of California

DEFENDANT:

**ADVISEMENT OF RIGHTS, WAIVER AND PLEA FORM**
**(Misdemeanor)**

CASE NUMBER: 1 7 C R 1 0 0 6 6

**Instructions:**

- Fill out this form only if you want to plead guilty or no contest.
- Read this form carefully. For each item, if you understand and agree with what you read, put your initials in the box to the right of the item. For any item that does not apply to you or that you do not understand, leave the box blank.
- Sign and date the form under "DEFENDANT'S STATEMENT" on page 3.
- Keep in mind that the court cannot give legal advice. If you have an attorney and have questions about anything in this form, ask your attorney.

INITIALS

1. **Charges and Maximum Penalties.** I want to plead guilty or no contest to the charges listed below. I understand that the maximum penalties for the charges to which I am pleading guilty or no contest are listed below.

| COUNT | CHARGES (SECTION & DESCRIPTION) | MAXIMUM PENALTY (FINE & JAIL) |
|---|---|---|
| CT. 1 | S 57 (B) PC Misd | 180 days |
| | | |
| | | |
| | | |
| | | |
| | | |

2. **Prior Convictions.** I understand that I am also charged with a prior conviction in case number(s):

3. **Probation Violations.** I understand that I am also charged with a violation of probation in case number(s):

4. **Right to an Attorney** *(Leave this box blank if you have an attorney).* I understand that I have the right to an attorney of my choice to represent me throughout the proceedings. If I cannot afford to hire an attorney, the court will appoint one to represent me. I hereby give up my right to be represented by an attorney.

5. **Other Constitutional Rights.** I understand that I am entitled to each of the following rights concerning the charges and prior convictions (if any) listed in items 1 and 2 (above):

   a. **Right to a Court or Jury Trial.** I understand that I have a right to a speedy and public court or jury trial. At the trial, I would be presumed to be innocent and could not be convicted unless, after hearing all of the evidence, 12 impartial jurors chosen from the community were convinced beyond a reasonable doubt that I am guilty.

   b. **Right to Confront and Cross-examine Witnesses.** I understand that I have the right to confront and cross-examine all witnesses testifying against me. This means that the prosecution must produce the witness in court to testify under oath in my presence and I or my attorney may question them.

   c. **Right to Remain Silent and Not Incriminate Myself.** I understand that I have the right to remain silent and my silence cannot be considered as evidence against me. I understand that I also have the right not to incriminate myself and I cannot be forced to testify.

   d. **Right to Produce Evidence and to Present a Defense.** I understand that I have the right to produce evidence and to have the court issue subpoenas to bring to court all witnesses and evidence favorable to me, at no cost to me. I also have the right to testify on my own behalf.

Page 1 of 3

| PEOPLE OF THE STATE OF CALIFORNIA v.<br>Defendant(s): | CASE NUMBER: |
|---|---|

INITIALS

6. **Rights for Probation Violations** *(Leave this box blank if you are not charged with a probation violation).* I understand that I have all the constitutional rights listed above for all probation violations charged against me, except that I do not have a right to a jury trial, only a court hearing before a judge.

7. **Consequences of My Plea**
   a. **No Contest Plea.** I understand that a no contest plea has the same effect as a guilty plea except that it cannot be used against me in a civil case that derives from an act on which this prosecution is based unless the offense is punishable as a felony; however, it may be used to suspend or revoke any license to practice a business or profession. 
   
   *TOS*
   
   b. **Effect of Conviction on Other Cases.** I understand that a conviction in this case may constitute a violation of any other current grant of parole or probation, which may result in additional punishment. 
   
   *TOS*
   
   c. **Immigration Consequences.** I understand that if I am not a citizen of the United States, my plea of guilty or no contest may or, with certain offenses, will result in my deportation, exclusion from admission and reentry to the United States, and denial of naturalization and amnesty, and that the appropriate consulate may be informed of my conviction. 
   
   *TOS*
   
   d. **Vehicle Forfeiture.** I understand that a plea of guilty or no contest to section 12500(a), 14601, 14601.1, 14601.2, 14601.3, 14601.4, or 14601.5 of the California Vehicle Code will result in the impoundment and forfeiture of my vehicle in the future if I drive it in violation of any of the above sections. 
   
   *TOS*
   
   e. **Mandatory Minimum Conditions of Probation *(Domestic Violence cases only).*** I understand that if I am granted probation, the terms and conditions will include at *least* all of the following (see Penal Code, § 1203.097):
      (1) A minimum of either 36 months (3 years) or 48 months (4 years) of probation;
      (2) A criminal court protective order that may include residence exclusion or stay-away conditions;
      (3) Booking within 28 days of sentencing if I have not already been booked;
      (4) Several statutory fines, fees, and assessments, including a domestic violence fee, restitution fee, probation revocation fine (stayed), criminal conviction assessment, and court security fee;
      (5) Successful completion of an appropriate batterer's treatment program lasting at least 52 weeks;
      (6) Community service
      (7) Restitution to the victim (if applicable);
      (8) An order to not own, possess, purchase, or receive any firearms;
      (9) An order to relinquish any firearms in my possession or control.

8. **Before the Plea**
   a. **Discussion with my attorney** *(Leave this box blank if you are not represented by an attorney).* Before entering this plea, I have had a full opportunity to discuss with my attorney the facts of the case, the elements of the charged offenses and prior convictions (if any), any defenses that I may have, my constitutional and statutory rights and waiver of those rights, the consequences of this plea, and anything else I think is important to my case.
   
   b. **Questions.** I have no further questions for the court or for my attorney with regard to my plea and admissions in this case or any of my rights or anything else on this form. 
   
   *TOS*
   
   c. **Stipulation to Commissioner.** I understand that I have the right to have a judge take my plea and sentence me. I give up this right and agree to have a commissioner, sitting as a temporary judge, take my plea and sentence me. 
   
   *TOS*

9. **Waiver of Constitutional Rights.** For each of the charges, prior convictions (if any), and probation violations (if any) listed in items 1, 2, and 3, I give up my right to a jury or court trial, my right to a court hearing, my right to confront and cross-examine witnesses, my right to produce evidence and to present a defense, and my right to remain silent and not to incriminate myself. I understand that I am, in fact, incriminating myself with my plea. 

*TOS*

10. **The Plea** *(check one).* I freely and voluntarily plead ☐ GUILTY  ☒ NO CONTEST to the charges listed in item 1. I offer my plea with full understanding of everything in this form. No one has made any threats; used any force against me, my family, or loved ones; or made any promises to me, except as listed in this form, in order to convince me to plead guilty or no contest. 

*TOS*

11. **Mandatory Warning.** I understand that if I am charged with violating Vehicle Code section 23103, as specified in Vehicle Code section 23103.5, or Vehicle Code sections 23152 or 23153, the follow warning applies: **You are hereby advised that being under the influence of alcohol or drugs, or both, impairs your ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If you continue to drive while under the influence of alcohol or drugs, or both, and as a result of that driving someone is killed, you can be charged with murder.** 

*TOS*

| PEOPLE OF THE STATE OF CALIFORNIA v | CASE NUMBER: |
| Defendant(s): | |

| | | INITIALS |
|---|---|---|
| 12. **Prior Convictions.** I freely and voluntarily admit to the prior convictions (if any) listed in item 2, and I understand that this admission may increase the penalties that are imposed on me. | | |
| 13. **Probation Violations.** I freely and voluntarily admit the probation violations (if any) listed in item 3. | | |
| 14. **Sentencing.** I understand that I have a right to delay my sentencing at least 6 hours and as long as 5 days after my plea. I give up this right and agree to be sentenced at this time. | | TOJ |
| 15. **Sentencing Court.** I understand that I have the right to be sentenced by the same judge or commissioner who takes my plea. I give up that right and agree that any judge or commissioner may sentence me. | | TOS |

## DEFENDANT'S STATEMENT

I have read or have had read to me this form and have initialed each of the items that applies to my case. If I have an attorney, I have discussed each item with my attorney. By putting my initials next to the items in this form, I am indicating that I understand and agree with what is stated in each item that I have initialed. The nature of the charges, possible defenses, and the effects of any prior convictions and probation violations have been explained to me. I understand each of the rights outlined above and I give up each of them to enter my plea.

_____
Defendant's Signature

X _____ 10/23/17
                    Date

## ATTORNEY'S STATEMENT

I am the attorney of record for the defendant. I have reviewed this form with my client. I have explained each of the items in the form, including the defendant's constitutional and statutory rights, to the defendant and have answered all of his or her questions with regard to those rights, the other items in this form, and the plea agreement. I have also discussed the facts of the case with the defendant and have explained the nature and elements of each charge, any possible defenses to the charges, the effect of any prior convictions and probation violations, and the consequences of the plea.

_____
Attorney's Signature

_____
Date

## INTERPRETER'S STATEMENT

I _____, having been duly sworn or having a written oath on file, certify that I truly interpreted this form to the defendant in the language noted below. The defendant stated that he or she understood the contents on the form and then initialed and signed the form.

Language: ☐ Spanish ☐ Other (specify): _____

_____
Interpreter's Signature

_____
Date

## COURT'S FINDINGS AND ORDER

The court, having reviewed this form and having orally examined the defendant, finds that (a) the defendant has read or been read and understands each of the initialed items on this form; (b) the defendant understands the nature of the crimes and allegations listed in items 1, 2, and 3 and the consequences of the plea and any admissions; (c) the defendant expressly, knowingly, understandingly, and intelligently waives his or her constitutional and statutory rights; and (d) the defendant's plea, admissions, and waiver of rights are made freely and voluntarily.

The court accepts the defendant's plea, admissions, and waiver of rights, and the defendant is hereby convicted based thereon. It is ordered that this document be filed with the court's records of this case and that the defendant's plea, admissions, and waiver of rights be accepted and entered in the minutes of this court.

_____
Signature of the Court

10/23/17
              Date

Page 3 of 3

**ADVISEMENT OF RIGHTS, WAIVER AND PLEA FORM**
(Misdemeanor)

Code Section

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
*TRIBUNAL SUPERIOR DE CALIFORNIA, CONDADO DE SANTA BÁRBARA*

FOR COURT USE ONLY [431610]

| ☒ Santa Barbara | ☐ Santa Maria | ☐ Lompoc |
|---|---|---|
| 118 E Figueroa St | 312-M E Cook St | 115 Civic Center Plaza |
| Santa Barbara, CA 93101 | Santa Maria, CA 93454 | Lompoc, CA 93436 |

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA

OCT 2 3 2017

SENTENCING ORDER AND TERMS AND CONDITIONS OF PROBATION (NON-DUI)
*ORDEN DE SENTENCIA Y TÉRMINOS Y CONDICIONES DE LA LIBERTAD A PRUEBA*
*(Para Casos No Relacionados Con Conducir Bajo la Influencia del Alcohol)*

People of the State of California
*El Pueblo del Estado de California*
VS contra

☑ Supervised
*Supervisada*
☐ Unsupervised
*No Supervisada*

Case No   Caso No
1472100C0

Date  Fecha
10/23/17

Darrel E Parker, Executive Officer
By _____ Deputy Clerk
M. Tinsley, Deputy Clerk

TREVOR DANIEL JACOB

**MODIFICATION** *MODIFICACIÓN*  ☐ Probation is reinstated on all original terms and conditions except as modified by this order
*La libertad a prueba se reinstaura con todos los términos y condiciones originales, salvo lo que modifique esta orden*

☐ Probation modified from Supervised to Unsupervised                                    ☐ Probation modified
*La libertad a prueba se modifica de Supervisada a No Supervisada*                          *La libertad a prueba se modifica*

The defendant having been convicted of a misdemeanor violation of Section(s) ___ (13) PC
*Ya que el acusado ha sido condenado de la violación como delito menor del/de los Artículo(s)*

IT IS HEREBY ORDERED THAT THE DEFENDANT  *[POR LA PRESENTE SE ORDENA QUE EL ACUSADO]*

☒ Pay a reasonable monthly supervision fee as determined by the Probation Dept , which shall not exceed $90 per month if placed on supervised probation   *Pague una cuota mensual razonable de supervisión conforme la determine el Departamento de Libertad Probatoria, la cual no excederá de $90 dólares al mes si está colocado en la libertad condicional supervisada*

IT IS FURTHER ORDERED THAT  *[ADICIONALMENTE SE ORDENA QUE]*

1 ☑ Imposition of sentence is suspended and defendant placed on probation for **3** years on the conditions designated below
*La imposición de la sentencia sea suspendida y el acusado quede bajo libertad probatoria por ___ años con las condiciones indicadas a continuación*

2 ☐ Defendant is sentenced to _____ days/months/years in jail   Sentence imposed and suspended for
_____ days/months/years on the probation conditions designated below   *El acusado queda sentenciado a*
_____ *días/meses/años en la cárcel   La sentencia se impone y se suspende por* _____ *días/meses/años con las condiciones de libertad probatoria que se indican a continuación*

**[CARCEL]** **JAIL**

3 ☐ Serve _____ days in the ☐ Santa Barbara County Jail ☐ Santa Maria Substation, with credit for time served of _____ actual days plus _____ days good time/work time for a total of _____ days, to report on or before _____ noon/ _____ AM/PM, on _____
Sentence is ☐ consecutive to all others ☐ concurrent to all others ☐
*Cumplir* _____ *días en la ☐ Cárcel del Condado de Santa Bárbara ☐ la Subestación de Santa Maria, con crédito por tiempo cumplido de* _____ *días reales más* _____ *días de buen comportamiento/de trabajo, para un total de* _____ *días, reportarse a más tardar al mediodía/* _____ *AM/PM el día* _____
*La sentencia es ☐ consecutiva a todas las demás ☐ concurrente a todas las demás ☐*

4 ☐ Jail time and $_____ of FINE STAYED on condition defendant ☐ enroll in and participate in Recovery Point Alcohol Program for a minimum of _____ weeks ☐ attend _____ 12 step meetings
MUST COMPLETE PROGRAM AND SHOW PROOF TO COURT
*La reclusión y $_____ de la MULTA QUEDAN SUSPENDIDOS bajo la condición de que el acusado ☐ se inscriba en y participe en el Programa Recovery Point Alcohol durante un mínimo de _____ semanas, ☐ asista a _____ juntas 12 step*
*DEBERÁ COMPLETAR EL PROGRAMA Y PRESENTAR CONSTANCIA DE HABERLO TERMINADO ANTE EL TRIBUNAL*

5 ☐ Jail time and $_____ of FINE STAYED on condition defendant enroll in and participate in _____ Drug and Alcohol Program for a minimum of _____ weeks/months
*La reclusión y $_____ de la MULTA QUEDAN SUSPENDIDOS bajo la condición de que el acusado se inscriba en y participe en _____ Programa contra el abuso de las Drogas y el Alcohol durante un mínimo de _____ semanas/meses*

**[MULTAS/CUOTAS]** **FINES/FEES**

6 ☑ Pay fine today in the amount of $ **140.00** (includes assessments), plus Restitution/OR/CR Fine/Fee in the amount of $175 00 pursuant to 1202 4/1463 07 PC   ☑ Or pay total amount plus an additional $30 00 per PC 1205 in full within 60 days ☐ of release, or sign up for the installment payment plan _____
*Pague hoy una multa en la cantidad de $_____ (incluye cuotas), mas Restitución a la Víctima/cargo por libertad por citatón/cargo para la libertad condicional en la cantidad de $175 00 conforme a 1202 4/1463 07 CP   O pague la cantidad total más un adicional de $30 00 por CP 1205 en su totalidad dentro de 60 días ☐ de ser liberado de custodia, o inscríbirse en el plan de pago a plazos*
☐ No Fine   Restitution/OR/CR Fine/Fee in the amount of $175 00 pursuant to 1202 4/1463 07 PC due _____
*No Multa  Restitución a la Víctima/cargo por libertad por citatón/cargo para la libertad condicional en la cantidad de $175 00 conforme a 1202 4/1463 07 CP a mas tardar el* _____
☐ No Fine   Court Security Fee of $_____ due _____
*No Multa  Cargo para la Seguridad de $_____ a mas tardar el* _____
☐ $_____ of fine shall be exonerated by jail as stated in Jail term above
*$_____ de la multa se exonerá mediante encarcelamiento según se indica en el plazo de Cárcel indicado anteriormente*
☐ Balance of fine is $_____ payable to the Clerk of the Court, due by _____
*Saldo de la multa es $_____ pagadero al Secretario del Tribunal a mas tardar el* _____ *de* _____
☐ $_____ ( _____ hrs) of fine shall be paid by community work service by _____
*$_____ ( _____ horas) de multa serán pagadas mediante trabajo de servicio a la comunidad completadas para el* _____ *de* _____

6a ☒ In the event probation is revoked and full sentence is imposed, pay $150 probation revocation restitution fine pursuant to PC 1202 44   *Si le revocan la libertad a prueba y se impone la pena máxima, pagar $150 como multa rosarotoma por dicha revocación (Art 1202 44 del C P )*

6b ☒ If victim restitution or restitution fines are unpaid 120 days prior to probation expiration date, prepare and file a new updated financial disclosure form with the Court no later than 90 days prior to the probation expiration date pursuant to PC 1202 4(11)   *Si no se ha pagado la reparación del daño, ni las multas resarcitorias, durante los 120 días antes de la fecha de vencimiento del plazo bajo libertad a prueba  el acusado debe llenar un nuevo formulario actualizado, para revelar su estado económico, y presentarlo en el juzgado, 90 días, a más tardar, antes de la fecha de vencimiento del plazo bajo libertad a prueba  (Art 1202 4 (11) del C P )*

FAILURE TO PAY, SET UP PAYMENT PLAN, ARRANGE WORK ASSIGNMENT WITHIN 60 DAYS (of release), OR REPORT TO JAIL AS DIRECTED ABOVE WILL RESULT IN A WARRANT BEING ISSUED FOR VIOLATION OF PROBATION TERMS   *EL NO PAGAR, ESTABLECER UN PLAN DE PAGOS O HACER ARREGLOS PARA LA ASIGNATURA DE TRABAJO DENTRO DE LOS PRÓXIMOS 7 DÍAS (A SU PUESTA EN LIBERTAD), O NO PRESENTARSE A LA CARCEL CONFORME SE LE INSTRUYÓ ANTERIORMENTE RESULTARÁ EN LA EXPEDICIÓN DE UNA ORDEN DE APREHENSIÓN POR CONTRAVENIR LOS TÉRMINOS DE SU LIBERTAD A PRUEBA*

7 ☐ Pay booking fee as per Criminal Justice Fee Order  ☐ Booking fee waived (GC 29550 1) ☐ Pagar cuota de fichaje conforme lo indica la Orden de Cuotas de la Justicia Penal  ☐ Se le exime del pago de la cuota de fichaje (Código 29550 1 del Gob )

8 ☑ Pay restitution/arrearage/child support as directed by Probation / Family Support ☐ in the amount of $ _____ ☐ in an amount to be determined by Probation  †Defendant may request a court hearing of defendant disputes the amount of restitution  PC 1202 4(f)(11))   *Pague restitución/mora/manutención de menores conforme a lo ordenado por el Departamento de Probatoria / Mantenación Familiar  ☐ en la cantidad de $_____   ☐ en la cantidad que habrá de determinar el Depto  De Probatoria  (El acusado puede solicitar una audiencia ante el juez si el acusado disputa la cantidad de la restitución  C P  1202 4 (f)(11))*

SC-36005 (Rev Jan 2014)

SENTENCING ORDER AND TERMS AND CONDITIONS OF PROBATION (NON-DUI)                    PAGE 1 OF 3
*ORDEN DE SENTENCIA Y TÉRMINOS Y CONDICIONES DE LA LIBERTAD A PRUEBA*
*(Para Casos No Relacionados Con Conducir Bajo la Influencia del Alcohol)*

9 ☐ Court retains jurisdiction over any restitution matter   *El Tribunal tiene jurisdicción sobre cualquier asunto de restitución*

10 ☐ Pay, in addition to any Fine and/or Restitution/CR/OR fees, a Domestic Violence fee (DVO) of $_____ (min $500 00 -- PC 1203 097) plus Security Fee of $40 00 to the Clerk of the Court today  ☐ Or pay total amount plus an additional $30 00 per PC 1205 in full within 60 days  ☐ or release, or sign up for the installment payment plan   *Pague hoy, además de la Multa y/o la Multa de Restitución a la Víctima/cargo por libertad por libertad condicional, un cargo por Violencia Doméstica (DVO), de $_____ (Pago mínimo de $500 – CP 1203 097) más cargo para la Seguridad de $40, a 'Clerk of the Court' (Secretario del Tribunal)  ☐ O pague la cantidad total más un adicional de $30 00 por CP 1205 en su totalidad dentro de los 60 días  ☐ de ser liberado de custodia, o inscríbase en el plan de pago a plazos*

11 ☐ Pay $ 100 00  to Domestic Violence Solutions for Santa Barbara County (PC 1203 097) by _____
*Pague $ 100 00  a Domestic Violence Solutions (Soluciones Contra la Violencia Doméstica) para el Condado de Santa Barbara (C P  1203 097) a más tardar el*

12 ☐ $_____ FINE reduced to $_____ with ☐ Proof of Insurance ☐ valid license ☐ other _____ by _____
*LA MULTA de $_____ queda reducida a $_____ a ☐ la presentación del Comprobante de Seguro ☐ licencia válida*
☐ otro _____ a más tardar para el _____

**PROBATION PROGRAMS**   *See program information sheet for program addresses*
*[LIBERTAD A PRUEBA/PROGRAMAS  Véase la hoja de información sobre los programas para obtener las direcciones de los mismos]*

13 ☑ Report to Probation Department within _____ hours/days from today/release/from custody  Follow all reasonable orders including reporting address changes, enter and complete all recommended therapies and programs  *Preséntese al Departamento de Libertad a Prueba dentro de las próximas _____ horas/días a partir de hoy o de la fecha en que salga libre de custodia  Siga todas las instrucciones razonables, incluyendo el informar cambios en su domicilio, cumpla con y termine todas las terapias y los programas recomendados  Los domicilios del Departamento de Libertad a Prueba aparecen al reverso*

14 ☑ Probation shall become unsupervised upon completion of ☐ restitution ☐ work service ☐ fine ☑ other _____
*La Libertad a Prueba se tornara no supervisada a la conclusión de ☐ la restitución ☐ el servicio de trabajo ☐ la multa ☐ otro _____*

15 ☐ Probation to conduct lethality study/SARA Assessment report  (PC 1203 097)  *El Depto  de Libertad Probatoria deberá realizar un estudio de mortalidad/informe sobre evaluación SARA (C P  1203 097)*

16 ☐ CWS  In addition to fine, report to probation and perform _____ hours of mandatory community work service and finish work by _____ (consecutive to any CWS hours performed in lieu of fine)  *CWS  Aparte de la multa, repórtese al Depto  de Probatoria y realice _____ horas obligatorias de trabajo en servicio a la comunidad (CWS) que deberá terminar a más tardar para el _____ (deberán realizarse después de haber cumplido con las horas de CWS que se hayan realizado en lugar del pago de alguna multa)*

17 ☐ ANGER MANAGEMENT  Report to anger management counseling within _____ days from today/release from custody  Enter and complete all recommended program(s) and pay all required fees  *CONTROL DEL ENOJO  Repórtese al Depto  de Asesoría para aprender a controlar el enojo (Anger Management Counseling) a más tardar dentro de los _____ días a partir de la fecha de hoy/de cuando se le libere de custodia  Inscríbase en y termine el/los programa(s) recomendado(s) y pague todos los cargos requeridos*

18 ☐ BATTERER'S PROGRAM  Enroll in and successfully complete a one-year batterer's program  You must report and enroll within 7 days of today's date or release from custody to ☐ Anger Management Counseling ☐ Zona Seca ☐ Probation Dept  Pay all required program fees  *PROGRAMA PARA AGRESORES  Inscríbase en y termine exitosamente un programa de un año para agresores  Usted deberá reportarse e inscribirse dentro de los primeros 7 días de la fecha de hoy o de la fecha en que se le libere de la cárcel a ☐  Anger Management  Counseling o ☐ Zona Seca  ☐ Departamento de Libertad a Prueba  Pague todos los cargos relacionados al programa*

19 ☐ CLEAN & SOBER  Follow all directions of the designated representative of the Clean and Sober Program  Enter and complete the Clean and Sober treatment program as designated  Pay any required program fees  Abstain from all use of alcohol and/or drugs  *LIMPIO Y SOBRIO  Siga todas las indicaciones del representante que haya sido designado del Calendario de Limpio y Sobrio  Inscríbase en y termine el Programa de Tratamiento Limpio y Sobrio que le haya sido designado  Pague los cargos requeridos por el programa  Absténgase por completo de ingerir o usar bebidas alcohólicas y/o drogas*

20 ☐ NSF  Report to the District Attorney's Office within _____ days from today/release from custody  Pay restitution totaling $_____ for all NSF checks  ☐ Complete NSF program  *NSF (No tener fondos suficientes al girar un cheque)  Repórtese a la Oficina del Fiscal del Distrito dentro de los ___ días del día de hoy o de cuando sea liberado de la cárcel  Pague restitución en una cantidad total de $_____ por todos los cheques NSF (girados sin tener fondos)  ☐ Termine el programa NSF*

21 ☐ YOP  Enter and complete the Youth Offender Program (YOP)  Return to court on _____ with proof of completion  *YOP  Inscríbase en y termine el Programa para Delincuentes Menores de Edad (YOP)  Regrese al tribunal el día _____ con el comprobante de que ha terminado el programa*

22 ☐ RECOVERY POINT  Report to the Recovery Point Program within 72 hours (of release) and again when ordered to do so  *RECOVERY POINT  Repórtese al Programa Recovery Point dentro de las primeras 72 horas (de cuando haya sido puesto en libertad) y de nuevo cuando así se le ordene*

**DRIVER'S LICENSE**  *[LICENCIA DE CONDUCIR ]*

23 ☐ Do not drive a motor vehicle unless in possession of a valid California driver's license, registration and insurance  Do not drive during any period of DMV suspension of your driving privilege  *No conduzca un vehículo de motor a menos que posea una licencia válida de conducir de California, registro y seguro  No conduzca durante ningún período en que el Departamento de Tránsito haya suspendido su privilegio de conducir*

24 ☐ For the first _____ days after your privilege to drive has been reinstated by the Department of Motor Vehicles, you may drive only to and from work, during the course of work and to and from the alcohol program  *Durante los primeros _____ días después de que el Departamento de Tránsito le haya reinstaurado su privilegio de conducir, usted sólo podrá conducir de su casa a su trabajo, durante el transcurso de su trabajo y de su casa al programa contra el alcoholismo*

25 ☐ Your privilege to drive is ☐ restricted ☐ suspended ☐ revoked for _____ months pursuant to _____
*Su privilegio de conducir queda☐ restringido  ☐ suspendido  ☐ revocado por _____ meses conforme a _____*

26 ☐ Upon presenting a valid CA Drivers License and payment of fine to Clerk's office, Probation to terminate  *Su régimen probatorio concluirá al presentar usted ante la Oficina del Secretario (Cork) del Tribunal su Licencia de Manejar válida expedida por el estado de California y el comprobante de pago de la(s) multa(s)*

**SPECIFIC CONDITIONS**  *[CONDICIONES ESPECÍFICAS ]*

27 ☐ Obey all laws  Do not drive with any measurable amount of alcohol in your blood  Complete standardized chemical test if arrested for driving under the influence of alcohol or drugs, or upon the request of a peace officer  *Obedezca todas las leyes  No conduzca con ninguna cantidad medible de alcohol en su sangre  Sométase a la prueba química ordinaria si lo arrestan por manejar bajo la influencia del alcohol o de las drogas o cuando se lo solicite un oficial de la policía*

28 ☑ Obey all laws and commit no similar violation of the law  *Obedezca todas las leyes y no cometa ninguna contravención de las leyes similar*

29 ☐ Keep the Court, Probation and Program(s) informed of any change in residence or employment  *Mantenga al Tribunal, al Depto  de Probatoria y al/ a los Programa(s) informados sobre cualquier cambio en su domicilio o empleo*

30 ☐ Carry correct identification and present it to a police officer upon request  *Lleve consigo identificación correcta y preséntela al oficial del orden público que así lo solicite*

31 ☐ Submit to controlled substance use test as directed by a probation officer or law enforcement officer  *Sométase a que le realicen pruebas para detectar el uso de substancias controladas de conformidad con las indicaciones de un oficial del régimen probatorio o de un oficial del orden público*

32 ☐ Submit your person, property, residence and vehicle to search and seizure at any time, day or night, by a peace or probation officer, with or without a warrant, and with or without probable cause  *Someta su persona, propiedad, residencia y vehículo a registro e incautación en todo momento, día o noche, por un oficial de la policía o de libertad a prueba  con o sin orden de cateo y con o sin motivo justificado*

33 ☐ Do not possess or use any drugs or narcotics unless prescribed by a licensed physician, and then only in the amounts prescribed, report immediately any prescribed use to your probation officer, if your probation is supervised   *No deberá poseer o usar ninguna droga o estupefaciente a menos que sea recetado por un médico con licencia para ejercer, y aun en ese caso sólo en las dosis prescritas, deberá reportar de inmediato cualquier uso recetado a su supervisor de libertad a prueba, si es que su régimen probatorio es supervisado*

34 ☐ Do not drink or possess any alcoholic beverages and stay out of places where they are the chief item of sale   *No beba ni posea bebidas alcohólicas y manténgase alejado de los lugares donde éstas sean el principal producto de venta*

35 ☐ No DRINKING at all for _____ months/years   *No BEBA en absoluto durante _____ meses/años*

36 ☐ Do not contact, molest, annoy, threaten, harass or stalk _____
*No se comunique con, moleste, moleste, amenace, hostigue o acoche a* _____

37 ☑ Stay away from _MON PACIFIC PROPERTY_ .
*Manténgase alejado de* _____

38 ☐ Move out of residence at _____
*Sálgase de su domicilio ubicado en* _____

39 ☐ Do not own or possess any weapon/firearm (or any illegal weapon)   ☐ For 10 years   *No podra ser dueño de, ni poseer ninguna arma/arma de fuego (o cualquier arma ilícita)   ☐ durante 10 años*

40 ☐ Register as ☐ Narcotic offender   ☐ Sex offender
*Regístrese con la policía local como un ☐ delincuente por delitos de droga   ☐ delincuente por delitos sexuales*

41 ☐ Not associate with any gang members or anyone possessing illegal weapons  do not wear, display, use or possess any insignia, tattoos, written materials, drawings, hand signs, or any article of clothing which is evidence of affiliation with or membership in a gang   *No se junte con ningún miembro de pandillas o cualquier persona que posea armas ilícitas, no se vista con, exhiba o tenga en su posesion cualquier insignia, tatuaje, matorial escrito, dibujo, señas con las manos, o cualquier prenda de vestir que evidencie afiliación con o membresía en una pandilla*

42 ☐ Not write or draw graffiti, or possess implements commonly used to create graffiti, such as spray paint cans, markers or sharp tools   *No escriba ni dibuje graffiti, ni tenga en su posesión alguno de los implementos que comúnmente se utilizan para crear graffiti tales como latas de pintura en aerosol, plumones o herramientas afiladas*

43 ☐ Do not open or possess/maintain any checking account unless authorized by Probation   *No abra, ni tenga en su posesion, ni mantenga una cuenta de cheques a menos que se lo haya autorizado el Depto. de Probationa*

44 ☐ Ask for ID to any purchaser of alcohol who appears to be less than 25 years of age   *Pida que se identifique cualquier persona que pretenda comprar una bebida alcohólica y que aparente tener menos de 25 años de edad*

45 ☐ Follow all orders on the  ☐ PC 136 2 Protection Order as a condition of Probation   ☐ other _____ attached, incorporated herein by reference   *Cumpla con todas las órdenes que se especifiquen en el/ ☐ Orden de Protección C P  136 2 como una condición de la Libertad a Prueba   ☐ otro _____ según se anexe, que se incorpora al presente por referencia*

**IGNITION INTERLOCK** *[DISPOSITIVO QUE INTERRUMPE LA MARCHA DE SU AUTO ]*

46 ☐ Do not own/operate a vehicle unless that vehicle is equipped with a functioning, certified ignition interlock device   *No podra ser dueño de, ni operar un vehículo a menos que ese vehículo esté equipado con un dispositivo "interlock"*

47 ☐ Comply with all terms of the attached ORDER TO INSTALL IGNITION INTERLOCK DEVICE  Return proof of installation to the court within 30 days   *Cumpla con todos los terminos de la ORDEN PARA INSTALAR UN DISPOSITIVO "INTERLOCK" adjunta  Presente constancia de la instalación al Tribunal dentro de los siguientes 30 dias*

48 ☐ Install an IID with proof to the court on _____ at 8 00 AM  Defendant must be present   *Instale un IID (Dispositivo que Interrumpe la Marcha), presentando constancia de ello ante el tribunal el dia _____ a las 8 00 AM  Es necesario que el acusado esté presente*

**OTHER** *[OTRAS ]*

49 ☑ Other *Otras* _Delete any donda forda l train videos . Do not Post Train videos on line and hot o_

50 ☐ Return to Court on _____ at _____ AM/PM in Dept _____ for review _____ (Defendant must be present)   *Regrese al Tribunal el dia _____ a las _____ AMPM al Departamento_____ para una revisión _____ (El acusado debe estar presente )*

51 ☐ Sign and return this probation order to Criminal Division ex-parte clerk by _____   *Firme y devuelva esta orden de Libertad a Prueba al secretario ex-parte de la Division Penal / this tercer dia* _____

_____
Judge/Commissioner of the Superior Court
*El Juez/Comisionado del Tribunal Superior*

The Court may modify or revoke this order, should it believe the interests of justice require it, or should it believe the defendant to have violated any terms hereto   *El Tribunal podrá modificar o revocar esta orden si considera que así lo requieren los intereses de la justicia, o si considera que el acusado ha quebrantado cualquiera de sus términos*

I, the defendant, have read, understand and accept the above conditions of my probation and have received a copy thereof  I understand that failure to fulfill any of the conditions of probation will constitute a violation of said probation and a WARRANT OF ARREST will issue  I understand that upon satisfactory completion of probation, I may apply to the Court to have the complaint dismissed as provided by Section 1203 4 of the Penal Code   *Yo, el acusado, he leído, entiendo y acepto las condiciones anteriores de mi libertad a prueba y he recibido copia de la misma  Entiendo que el no cumplir con cualquiera de las condiciones de mi libertad a prueba constituye una violación de dicha libertad a prueba y que se expedirá una ORDEN DE APREHENSIÓN EN MI CONTRA  Entiendo que una vez que concluya satisfactoriamente con mi libertad a prueba, puedo solicitar al Juez que la acusación sea desechada, conforme lo dispone el Artículo 1203 4 del Código Penal*

| Signature of Defendant | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| *Firma del Acusado* | 3334 Pacific Coast Hwy  *Domicilio* | Malibu  *Ciudad* | CA  *Estado* | 90265  *Código Postal* |

☐ Attorney accepts terms and conditions of probation on behalf of defendant   *El abogado acepta los términos y condiciones de la libertad a prueba a nombre del acusado*

☐ Interpreter has translated into appropriate language   *El intérprete ha hecho la traducción al idioma apropiado*

Mail fines payable to Clerk of the Superior Court to the address checked above   Clerk _____
*Remita por correo las multas pagaderas a "Clerk of the Superior Court" al domicilio marcado anteriormente*

# EXHIBIT 10

JLR000010

# Wells Fargo Everyday Checking

October 31, 2023 ◼ Page 1 of 11



TREVOR D JACOB

███████████

████████████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now, so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and information.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $13,788.62 |
| Deposits/Additions | 26,663.00 |
| Withdrawals/Subtractions | - 35,073.49 |
| **Ending balance on 10/31** | **$5,378.13** |

Account number: ████████████

**TREVOR D JACOB**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████████



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 10/2 | | ATM Cash Deposit on 09/30 665 Marsh St San Luis Obis CA 0003650 ATM ID 0901E Card 1525 | 1,000.00 | | |
| 10/2 | | ATM Cash Deposit on 09/30 665 Marsh St San Luis Obis CA 0003734 ATM ID 0901E Card 1525 | 500.00 | | |
| 10/2 | | Online Transfer From Jacob T Everyday Checking xxxxxx9769 Ref #Ib0Kw9Xwfg on 10/02/23 | 350.00 | | |
| 10/2 | | Online Transfer From Jacob T Everyday Checking xxxxxx9769 Ref #Ib0Kwg4JP4 on 10/02/23 | 500.00 | | |
| 10/2 | | Purchase authorized on 09/28 Apple.Com/Bill 866-712-7753 CA S383272122117320 Card 1525 | | 3.99 | |
| 10/2 | | Purchase authorized on 09/29 Amazon Prime*T93Ob Amzn.Com/Bill WA S383272703043257 Card 1525 | | 16.49 | |
| 10/2 | | Purchase authorized on 09/29 Amazon.Com*T95Gq1H Seattle WA S383272857904546 Card 1525 | | 76.11 | |
| 10/2 | | Purchase authorized on 09/29 Tesla Inc Supercha 877-7983752 CA S463273016920577 Card 1525 | | 16.20 | |
| 10/2 | | Purchase authorized on 09/29 Amzn Mktp US*T93Sz Amzn.Com/Bill WA S613274678776645 Card 1525 | | 10.56 | |
| 10/2 | | Purchase authorized on 09/29 Arroyo Grande Stm Arroyo Grande CA S463273134062992 Card 1525 | | 50.01 | |
| 10/2 | | Purchase authorized on 09/29 Arroyo Grande Stm Arroyo Grande CA S583273139849714 Card 1525 | | 5.49 | |
| 10/2 | | Purchase authorized on 09/30 Sq *Field Day Coff San Luis Obis CA S583273681681528 Card 1525 | | 17.00 | |
| 10/2 | | Purchase authorized on 09/30 6112 Conserv Fue San Luis Obis CA P463273832369596 Card 1525 | | 12.89 | |
| 10/2 | | Purchase authorized on 09/30 Nella Kitchen & Ba 805-6919794 CA S383274123298509 Card 1525 | | 143.91 | |
| 10/2 | | Purchase authorized on 09/30 Tesla Inc Supercha 877-7983752 CA S303274172439020 Card 1525 | | 2.00 | |
| 10/2 | | Recurring Payment authorized on 09/30 Digitalocean.Com Digitalocean. NY S303274223183439 Card 1525 | | 21.60 | |
| 10/2 | | Money Transfer authorized on 10/01 Venmo* VISA Direct NY S303274590429910 Card 1525 | | 1,750.00 | |
| 10/2 | | Purchase authorized on 10/01 Wholefds Slo #10 1531 Fro San Luis Obis CA P303274612036979 Card 1525 | | 12.12 | |
| 10/2 | | Purchase authorized on 10/01 Skydive Santa Barbara LI Lompoc CA P583274643864319 Card 1525 | | 22.00 | |
| 10/2 | | ATM Withdrawal authorized on 10/01 645 W Central Ave Lompoc CA 0006415 ATM ID 6447Y Card 1525 | | 2,000.00 | |
| 10/2 | | Money Transfer authorized on 10/01 Venmo* VISA Direct NY S463274697567445 Card 1525 | | 10.00 | |
| 10/2 | | Purchase authorized on 10/01 Tesla Inc Supercha 877-7983752 CA S583274859464248 Card 1525 | | 3.60 | |
| 10/2 | | Purchase authorized on 10/01 Tesla Inc Supercha 877-7983752 CA S303275041978596 Card 1525 | | 3.96 | |
| 10/2 | | Purchase authorized on 10/01 Tesla Inc Supercha 877-7983752 CA S303275151047738 Card 1525 | | 21.60 | |
| 10/2 | | Non-WF ATM Withdrawal authorized on 10/02 3400 East Hwy 246 Santa Ynez CA 383275862361706 ATM ID Cachux07 Card 1525 | | 1,504.00 | |
| 10/2 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 10,432.59 |
| 10/3 | | Purchase authorized on 10/01 Santa Ynez Airport Santa Ynez CA S463274824944234 Card 1525 | | 139.14 | |

October 31, 2023 ■ Page 3 of 11



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 10/3 | | Purchase authorized on 10/02 Wci*San Luis Garba 805-543-0875 CA S583275703321574 Card 1525 | | 95.39 | |
| 10/3 | | Purchase authorized on 10/02 Tesla Inc Supercha 877-7983752 CA S383275762862849 Card 1525 | | 9.00 | |
| 10/3 | | Purchase authorized on 10/02 Sprouts Farmers Market # San Luis Obis CA P583276150155382 Card 1525 | | 14.87 | |
| 10/3 | | Purchase authorized on 10/03 Lemos Feed and Pet Supply San Luis Obis CA P583276612920206 Card 1525 | | 102.19 | |
| 10/3 | | ATM Withdrawal authorized on 10/03 665 Marsh St San Luis Obis CA 0001184 ATM ID 0901O Card 1525 | | 2,500.00 | |
| 10/3 | | Cash eWithdrawal IN Branch 10/03/2023 16:18 Pm 665 Marsh St San Luis Obispo CA 1525 | | 3,500.00 | |
| 10/3 | | Online Transfer Ref #Ib0Kwqq8Bn to Platinum Card Xxxxxxxxxxxx7207 on 10/03/23 | | 250.00 | 3,822.00 |
| 10/4 | | Purchase authorized on 10/02 City of San Luis O 805-781-7133 CA S303275671359814 Card 1525 | | 170.88 | |
| 10/4 | | Purchase authorized on 10/02 Finney's Slo Lp San Luis Obis CA S463276119408371 Card 1525 | | 25.66 | |
| 10/4 | | Purchase authorized on 10/02 Tesla Inc Supercha 877-7983752 CA S463276217358668 Card 1525 | | 16.20 | |
| 10/4 | | Recurring Payment authorized on 10/03 Hulu 877-8244858 C Hulu.Com/Bill CA S303276345289142 Card 1525 | | 14.99 | |
| 10/4 | | Recurring Payment authorized on 10/03 Dnh*Godaddy.Com 480-5058855 AZ S463276507755977 Card 1525 | | 45.17 | |
| 10/4 | | Purchase authorized on 10/03 Tesla Inc Supercha 877-7983752 CA S463276622240145 Card 1525 | | 3.96 | |
| 10/4 | | Purchase authorized on 10/03 Amazon.Com*T99Fl9Z Seattle WA S383276632860617 Card 1525 | | 61.20 | |
| 10/4 | | Recurring Payment authorized on 10/03 Figma Monthly Rene Httpswww.Figm CA S383276780405298 Card 1525 | | 40.00 | |
| 10/4 | | Purchase authorized on 10/03 Amzn Mktp US*Te066 Amzn.Com/Bill WA S383276843877876 Card 1525 | | 14.03 | |
| 10/4 | | Purchase authorized on 10/04 Sprouts Farmers Market # San Luis Obis CA P583277613672641 Card 1525 | | 9.49 | 3,420.42 |
| 10/5 | | Purchase authorized on 10/03 San Luis Jet Cente San Luis Obis CA S583276645483669 Card 1525 | | 12.00 | |
| 10/5 | | Recurring Payment authorized on 10/04 AAA CA Insurance - 800-924-6141 CA S463277425803722 Card 1525 | | 300.63 | |
| 10/5 | | Purchase authorized on 10/04 Tesla Inc Supercha 877-7983752 CA S383278058044512 Card 1525 | | 18.00 | |
| 10/5 | | Purchase with Cash Back $ 20.00 authorized on 10/05 Lassens Natural Foods-Sl San Luis Obis CA P583278760376840 Card 1525 | | 35.82 | 3,053.97 |
| 10/6 | | ATM Cash Deposit on 10/06 665 Marsh St San Luis Obis CA 0005255 ATM ID 0901E Card 1525 | 1,800.00 | | |
| 10/6 | | Recurring Payment authorized on 10/04 Shopify* 198465357 Httpsshopify. IL S303278248897864 Card 1525 | | 39.00 | |
| 10/6 | | Purchase authorized on 10/05 Fedex Offic5150005 San Luis Obis CA S303278692878079 Card 1525 | | 11.26 | |
| 10/6 | | Purchase authorized on 10/05 San Luis Obispo PA San Luis Obis CA S583278731250466 Card 1525 | | 3.50 | |
| 10/6 | | Purchase authorized on 10/05 San Luis Obispo PA San Luis Obis CA S303279085761481 Card 1525 | | 1.50 | |
| 10/6 | | Purchase authorized on 10/05 Shalimar Restuaran San Luis Obis CA S463279090761970 Card 1525 | | 28.80 | |
| 10/6 | | Online Transfer to Jacob T Everyday Checking xxxxxx9769 Ref #Ib0Kxmqsnd on 10/06/23 | | 600.00 | 4,169.91 |
| 10/10 | | ATM Cash Deposit on 10/07 665 Marsh St San Luis Obis CA 0004545 ATM ID 0901A Card 1525 | 3,900.00 | | |
| 10/10 | | Zelle From James Soukup on 10/08 Ref # Bacost8R7En0 | 10.00 | | |
| 10/10 | | Purchase authorized on 10/05 Shell Oil 57444586 San Luis Obis CA S383278782209367 Card 1525 | | 15.05 | |



**WELLS FARGO**

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/10 | | Purchase authorized on 10/05 Tst* Batch - Slo San Luis Obis CA S583279127312268 Card 1525 | | 9.60 | |
| 10/10 | | Recurring Payment authorized on 10/06 Sharetribe Helsinki Fin S383279623898824 Card 1525 | | 369.00 | |
| 10/10 | | Purchase authorized on 10/06 Slo Gas & Mart I Santa Maria CA P000000577508526 Card 1525 | | 59.19 | |
| 10/10 | | Purchase authorized on 10/06 El Rancho Marke Solvang CA P000000580048523 Card 1525 | | 23.82 | |
| 10/10 | | Money Transfer authorized on 10/06 Venmo* VISA Direct NY S583279763718286 Card 1525 | | 250.00 | |
| 10/10 | | Purchase authorized on 10/06 Exxon Chumash CA G Santa Ynez CA S583279762465145 Card 1525 | | 77.83 | |
| 10/10 | | Purchase authorized on 10/06 Tesla Inc Supercha 877-7983752 CA S383279767599626 Card 1525 | | 7.20 | |
| 10/10 | | Purchase authorized on 10/06 Finney's Slo Lp San Luis Obis CA S463280104474050 Card 1525 | | 22.58 | |
| 10/10 | | Online Transfer Ref #Ib0Kxsrz63 to Platinum Card Xxxxxxxxxxxx7207 on 10/07/23 | | 1,388.57 | |
| 10/10 | | Recurring Payment authorized on 10/07 Dnh*Godaddy.Com Https://WWW.G AZ S303280618985411 Card 1525 | | 99.99 | |
| 10/10 | | Money Transfer authorized on 10/07 Venmo* VISA Direct NY S303280624000080 Card 1525 | | 1,000.00 | |
| 10/10 | | Money Transfer authorized on 10/07 Venmo* VISA Direct NY S463280628363116 Card 1525 | | 50.00 | |
| 10/10 | | Purchase authorized on 10/07 Skydive Santa Barb Lompoc CA S303280640179199 Card 1525 | | 22.00 | |
| 10/10 | | Purchase authorized on 10/07 Skydive Santa Barb Lompoc CA S583280671134359 Card 1525 | | 22.00 | |
| 10/10 | | Zelle to Charlier Skydive Sb on 10/07 Ref #Rp0Rmbjj4H Yo | | 10.00 | |
| 10/10 | | Purchase authorized on 10/07 Tesla Inc Supercha 877-7983752 CA S583280703853978 Card 1525 | | 20.30 | |
| 10/10 | | Purchase authorized on 10/07 Albertsons #3171 Lompoc CA S303280746176865 Card 1525 | | 21.96 | |
| 10/10 | | Zelle to Charlier Skydive Sb on 10/07 Ref #Rp0Rmbzr7R | | 10.00 | |
| 10/10 | | Purchase authorized on 10/07 Tesla Inc Supercha 877-7983752 CA S303281070605105 Card 1525 | | 8.64 | |
| 10/10 | | Purchase authorized on 10/07 San Luis Obispo PA San Luis Obis CA S583281102396626 Card 1525 | | 4.00 | |
| 10/10 | | Purchase authorized on 10/07 Tst* Granada Hotel San Luis Obis CA S303281144549573 Card 1525 | | 189.86 | |
| 10/10 | | Money Transfer authorized on 10/07 Venmo* VISA Direct NY S303281152830301 Card 1525 | | 1,000.00 | |
| 10/10 | | Purchase authorized on 10/08 Cke*Hoagies Pismo Beach CA S303281544067619 Card 1525 | | 15.40 | |
| 10/10 | | Purchase authorized on 10/08 7-Eleven Lompoc CA P000000583191017 Card 1525 | | 75.44 | |
| 10/10 | | Purchase authorized on 10/08 Skydive Santa Barb Lompoc CA S583281669976034 Card 1525 | | 22.00 | |
| 10/10 | | Zelle to Charlier Skydive Sb on 10/08 Ref #Rp0Rmdn24L | | 10.00 | |
| 10/10 | | Purchase authorized on 10/08 Habit Lompoc 432 Lompoc CA S303281716806867 Card 1525 | | 25.95 | |
| 10/10 | | Purchase authorized on 10/08 Skydive Santa Barb Lompoc CA S463281738820280 Card 1525 | | 22.00 | |
| 10/10 | | Purchase authorized on 10/08 Tesla Inc Supercha 877-7983752 CA S303281749223255 Card 1525 | | 16.20 | |
| 10/10 | | Recurring Payment authorized on 10/08 Audible*Te6Hj7B32 Amzn.Com/Bill NJ S463282029977033 Card 1525 | | 14.95 | |
| 10/10 | | Purchase authorized on 10/08 San Luis Obispo PA San Luis Obis CA S583282078443392 Card 1525 | | 4.50 | |
| 10/10 | | Recurring Payment authorized on 10/09 Apple.Com/Bill 866-712-7753 CA S463282527895544 Card 1525 | | 9.99 | |

October 31, 2023 ■ Page 5 of 11



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-------------|-------------|
| 10/10 | | Recurring Payment authorized on 10/09 Apple.Com/Bill 866-712-7753 CA S583282529844517 Card 1525 | | 5.99 | |
| 10/10 | | ATM Withdrawal authorized on 10/09 665 Marsh St San Luis Obis CA 0005806 ATM ID 0901E Card 1525 | | 1,400.00 | |
| 10/10 | | Money Transfer authorized on 10/09 Venmo* VISA Direct NY S463282756992282 Card 1525 | | 100.00 | |
| 10/10 | | Money Transfer authorized on 10/09 Venmo* VISA Direct NY S583282802152602 Card 1525 | | 50.00 | |
| 10/10 | | Purchase authorized on 10/10 The Home Depot 1052 San Luis Obis CA P303283572364076 Card 1525 | | 41.80 | 1,584.10 |
| 10/12 | | Purchase authorized on 10/10 Amzn Mktp US*Te4Kc Amzn.Com/Bill WA S583283711594861 Card 1525 | | 89.46 | |
| 10/12 | | Purchase authorized on 10/10 Shell Oil 57440844 Cambria CA S383283742268274 Card 1525 | | 26.42 | |
| 10/12 | | Purchase authorized on 10/11 Tesla Inc Supercha 877-7983752 CA S583284717980643 Card 1525 | | 24.48 | |
| 10/12 | | Purchase authorized on 10/12 John's Gas Station San Luis Obis CA P303285557637797 Card 1525 | | 40.05 | |
| 10/12 | | Money Transfer authorized on 10/12 Venmo* VISA Direct NY S463286015750737 Card 1525 | | 100.00 | 1,303.69 |
| 10/13 | | Purchase authorized on 10/12 Tesla Inc Supercha 877-7983752 CA S583285725174705 Card 1525 | | 20.80 | |
| 10/13 | | Purchase authorized on 10/12 Santa Ynez Airport Santa Ynez CA S303285740274552 Card 1525 | | 103.16 | |
| 10/13 | | Purchase authorized on 10/13 Wholefds Slo #10 1531 Fro San Luis Obis CA P303286586099400 Card 1525 | | 13.66 | 1,166.07 |
| 10/16 | | Zelle From Lawrence Treybig on 10/14 Ref # Bacil4S7Zo8W | 295.00 | | |
| 10/16 | | Online Transfer From Jacob T Everyday Checking xxxxxx9769 Ref #Ib0L2Fqrjy on 10/16/23 | 2,000.00 | | |
| 10/16 | | Purchase authorized on 10/13 San Luis Jet Cente San Luis Obis CA S583286623952050 Card 1525 | | 20.00 | |
| 10/16 | | Purchase authorized on 10/13 Skydive Santa Barb Lompoc CA S383286667946593 Card 1525 | | 22.00 | |
| 10/16 | | Purchase authorized on 10/14 Wholefds Slo #10 1531 Fro San Luis Obis CA P303287587621687 Card 1525 | | 15.23 | |
| 10/16 | | Purchase authorized on 10/14 Skydive Santa Barb Lompoc CA S383287668694324 Card 1525 | | 22.00 | |
| 10/16 | | Purchase authorized on 10/14 Santa Ynez Airport Santa Ynez CA S383287736333830 Card 1525 | | 118.27 | |
| 10/16 | | Purchase authorized on 10/14 Tesla Inc Supercha 877-7983752 CA S583287787395752 Card 1525 | | 20.65 | |
| 10/16 | | Purchase authorized on 10/14 My Thai Restaurant San Luis Obis CA S303288115145143 Card 1525 | | 63.07 | |
| 10/16 | | Purchase authorized on 10/16 Wholefds Slo #10 1531 Fro San Luis Obis CA P463289599347756 Card 1525 | | 16.08 | |
| 10/16 | | Non-WF ATM Withdrawal authorized on 10/16 3400 East Hwy 246 Santa Ynez CA 583289738040357 ATM ID Cachux07 Card 1525 | | 1,504.00 | |
| 10/16 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 1,657.27 |
| 10/17 | | Mobile Deposit : Ref Number :507170693257 | 700.00 | | |
| 10/17 | | Zelle From Trosky Joshua on 10/17 Ref # Pp0RN2Pmnz | 3,000.00 | | |
| 10/17 | | Purchase authorized on 10/15 San Luis Jet Cente San Luis Obis CA S303288598938529 Card 1525 | | 40.00 | |
| 10/17 | | Purchase authorized on 10/15 Skydive Santa Barb Lompoc CA S383288628464399 Card 1525 | | 22.00 | |
| 10/17 | | Recurring Payment authorized on 10/16 Spectrum 855-707-7328 MO S463289559868738 Card 1525 | | 54.99 | |
| 10/17 | | Purchase authorized on 10/17 Wholefds Slo #10 1531 Fro San Luis Obis CA P583290544218890 Card 1525 | | 19.39 | 5,220.89 |
| 10/18 | | Zelle From Trosky Joshua on 10/18 Ref # Pp0RN4Tmv4 | 1,000.00 | | |
| 10/18 | | Purchase authorized on 10/16 Shell Oil 57444588 San Luis Obis CA S383289617068560 Card 1525 | | 13.69 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/18 | | Purchase authorized on 10/16 Santa Ynez Airport Santa Ynez CA S583289651090533 Card 1525 | | 141.45 | |
| 10/18 | | Purchase authorized on 10/17 Tesla Inc Supercha 877-7983752 CA S383290624802328 Card 1525 | | 6.90 | |
| 10/18 | | Purchase authorized on 10/17 Tesla Inc Supercha 877-7983752 CA S583290681829605 Card 1525 | | 15.60 | |
| 10/18 | | Purchase authorized on 10/18 John's Gas Station San Luis Obis CA P463291738031548 Card 1525 | | 35.33 | |
| 10/18 | 149 | Check | | 2,550.00 | 3,457.92 |
| 10/19 | | Purchase authorized on 10/18 San Luis Obispo PA San Luis Obis CA S303291572782194 Card 1525 | | 2.50 | |
| 10/19 | | Purchase authorized on 10/18 Sq *Sally Loo's Wh San Luis Obis CA S583291750032776 Card 1525 | | 14.85 | |
| 10/19 | | Purchase authorized on 10/18 Shalimar Restuaran San Luis Obis CA S383292093711118 Card 1525 | | 66.55 | |
| 10/19 | | Purchase authorized on 10/18 Target T- 11990 Los Os San Luis Obis CA P000000986686727 Card 1525 | | 111.63 | |
| 10/19 | | Purchase authorized on 10/18 Tesla Inc Supercha 877-7983752 CA S583292112491797 Card 1525 | | 10.08 | |
| 10/19 | | Purchase authorized on 10/19 Wholefds Slo #10 1531 Fro San Luis Obis CA P383292600450275 Card 1525 | | 14.15 | |
| 10/19 | | Purchase authorized on 10/19 Lemos Feed and Pet Supply Lompoc CA P583292749299913 Card 1525 | | 107.19 | 3,130.97 |
| 10/20 | | ATM Cash Deposit on 10/20 665 Marsh St San Luis Obis CA 0006620 ATM ID 0901A Card 1525 | 3,400.00 | | |
| 10/20 | | Purchase authorized on 10/18 Louisas Place Sn Luis Obisp CA S463291590528915 Card 1525 | | 37.50 | |
| 10/20 | | Purchase authorized on 10/18 Moon Spa San Luis Obis CA S463292043403034 Card 1525 | | 82.00 | |
| 10/20 | | Purchase authorized on 10/19 Blenders Lo Lompoc CA S463292741292854 Card 1525 | | 7.50 | |
| 10/20 | | Purchase authorized on 10/19 Shalimar Restuarant San Luis Obis CA P463293098149364 Card 1525 | | 19.55 | |
| 10/20 | | Online Transfer Ref #Ib0L3Cvh7V to Platinum Card Xxxxxxxxxxxx7207 on 10/19/23 | | 300.00 | |
| 10/20 | | Purchase authorized on 10/20 Sprouts Farmers Market # San Luis Obis CA P583293583117245 Card 1525 | | 106.25 | 5,978.17 |
| 10/23 | | ATM Cash Deposit on 10/21 665 Marsh St San Luis Obis CA 0006845 ATM ID 0901A Card 1525 | 2,000.00 | | |
| 10/23 | | Zelle From Lawrence Treybig on 10/21 Ref # Bachxkxwzqkr | 900.00 | | |
| 10/23 | | Purchase authorized on 10/19 Albertsons #3171 Lompoc CA S383292744731624 Card 1525 | | 17.99 | |
| 10/23 | | Purchase authorized on 10/19 Tst* Batch - Slo San Luis Obis CA S463293125898857 Card 1525 | | 9.00 | |
| 10/23 | | Recurring Payment authorized on 10/20 PG&E Webrecurring 800-743-5000 CA S303293309074950 Card 1525 | | 79.65 | |
| 10/23 | | Purchase authorized on 10/20 Skydive Santa Barb Lompoc CA S463293754282677 Card 1525 | | 22.00 | |
| 10/23 | | Purchase authorized on 10/20 San Luis Jet Cente 866-720-3797 CA S463294030927898 Card 1525 | | 12.00 | |
| 10/23 | | Purchase authorized on 10/20 San Luis Obispo PA San Luis Obis CA S383294082849227 Card 1525 | | 3.00 | |
| 10/23 | | Purchase authorized on 10/20 Finney's Slo Lp San Luis Obis CA S463294110516447 Card 1525 | | 25.66 | |
| 10/23 | | Recurring Payment authorized on 10/21 Roku for Espn 816-2728107 DE S303294651822821 Card 1525 | | 79.99 | |
| 10/23 | | Purchase authorized on 10/21 Tesla Inc Supercha 877-7983752 CA S303294690862796 Card 1525 | | 18.72 | |
| 10/23 | | Non-WF ATM Withdrawal authorized on 10/21 3400 East Hwy 246 Santa Ynez CA 30329502238920 ATM ID Cachux25 Card 1525 | | 1,504.00 | |
| 10/23 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/23 | | Purchase authorized on 10/22 Amazon.Com*151Fu85 Seattle WA S383295291644810 Card 1525 | | 108.74 | |
| 10/23 | | Purchase authorized on 10/22 Wholefds Slo #10 1531 Fro San Luis Obis CA P583295822105292 Card 1525 | | 4.34 | |
| 10/23 | | Purchase authorized on 10/22 The Home Depot 1052 San Luis Obis CA P303295834746705 Card 1525 | | 6.49 | 6,984.09 |
| 10/24 | | Purchase authorized on 10/23 Sq *Sally Loo's Wh San Luis Obis CA S583296636346401 Card 1525 | | 30.94 | |
| 10/24 | | Purchase authorized on 10/23 Tesla Inc Supercha 877-7983752 CA S383296748406101 Card 1525 | | 19.08 | |
| 10/24 | | Purchase authorized on 10/23 Wave - *Snta Barbr 805-8824528 CA S303296834969772 Card 1525 | | 6.80 | |
| 10/24 | | Purchase authorized on 10/23 Wholefds Slo #10 1531 Fro San Luis Obis CA P583297108672480 Card 1525 | | 15.42 | |
| 10/24 | | Purchase authorized on 10/24 6112 Conserv Fue San Luis Obis CA P303297641751585 Card 1525 | | 30.06 | 6,881.79 |
| 10/25 | | Purchase authorized on 10/23 Shell Oil 57444586 San Luis Obis CA S383296849531769 Card 1525 | | 6.03 | |
| 10/25 | | Purchase authorized on 10/23 Moon Spa San Luis Obis CA S463297101761566 Card 1525 | | 122.00 | |
| 10/25 | | Purchase authorized on 10/24 Sq *Sally Loo's Wh San Luis Obis CA S303297648026309 Card 1525 | | 30.94 | |
| 10/25 | | Purchase authorized on 10/24 Wholefds Slo #10 1531 Fro San Luis Obis CA P303298056114352 Card 1525 | | 9.91 | |
| 10/25 | | Purchase authorized on 10/24 Sq *San Luis Obisp San Luis Obis CA S583298164475779 Card 1525 | | 13.17 | |
| 10/25 | | Purchase authorized on 10/25 USPS PO 05687000 1655 Dal San Luis Obis CA P583298654404621 Card 1525 | | 7.54 | |
| 10/25 | | Purchase authorized on 10/25 Lemos Feed and Pet Supply San Luis Obis CA P303298663414220 Card 1525 | | 35.85 | |
| 10/25 | | ATM Withdrawal authorized on 10/25 665 Marsh St San Luis Obis CA 0002532 ATM ID 0901O Card 1525 | | 5,000.00 | |
| 10/25 | | Purchase authorized on 10/25 Slo Gas & Mart I Santa Maria CA P000000280242528 Card 1525 | | 100.55 | |
| 10/25 | | Zelle to Charlier Skydive Sb on 10/25 Ref #Rp0Rnnj6R4 Food and Gas | | 100.00 | 1,455.80 |
| 10/26 | | Purchase authorized on 10/24 Tst* The Mark San Luis Obis CA S383297760023880 Card 1525 | | 8.53 | |
| 10/26 | | Purchase authorized on 10/25 Target 0002 San Luis Obis CA S583298706683794 Card 1525 | | 80.46 | |
| 10/26 | | Recurring Payment authorized on 10/25 Tesla, Inc. Palo Alto CA S383298816493417 Card 1525 | | 9.99 | |
| 10/26 | | Zelle to Charlier Skydive Sb on 10/26 Ref #Rp0Rnpthgc Puppies | | 150.00 | |
| 10/26 | | Purchase authorized on 10/26 Central Coast Yamaha P Santa Maria CA P000000986870249 Card 1525 | | 341.54 | 865.28 |
| 10/27 | | Purchase authorized on 10/25 Uber Trip Help.Uber.Com CA S303299023411313 Card 1525 | | 52.96 | |
| 10/27 | | Purchase authorized on 10/26 Uber Trip Help.Uber.Com CA S303299262882236 Card 1525 | | 15.91 | |
| 10/27 | | Purchase authorized on 10/26 Uber Trip Help.Uber.Com CA S383299564599715 Card 1525 | | 32.35 | |
| 10/27 | | Purchase authorized on 10/26 San Luis Obispo PA San Luis Obis CA S463299761975068 Card 1525 | | 2.00 | |
| 10/27 | | Purchase authorized on 10/26 Louisas Place Sn Luis Obisp CA S583299776482883 Card 1525 | | 22.42 | 739.64 |
| 10/30 | | Online Transfer From Jacob T Everyday Checking xxxxxx9769 Ref #Ib0L65W65D on 10/30/23 | 308.00 | | |
| 10/30 | | Purchase authorized on 10/26 Jamba Near Gate C2 Las Vegas NV S463299586108761 Card 1525 | | 16.99 | |
| 10/30 | | Purchase authorized on 10/26 Rps Santa Barbara Santa Barbara CA S583299668085295 Card 1525 | | 27.00 | |



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 10/30 | | Purchase authorized on 10/27 Louisas Place Sn Luis Obisp CA S463300603298112 Card 1525 | | 21.42 | |
| 10/30 | | Purchase authorized on 10/27 Tesla Inc Supercha 877-7983752 CA S303301014625366 Card 1525 | | 12.92 | |
| 10/30 | | Purchase authorized on 10/27 Tesla Inc Supercha 877-7983752 CA S303301174251101 Card 1525 | | 11.25 | |
| 10/30 | | Purchase authorized on 10/27 Tesla Inc Supercha 877-7983752 CA S303301223424022 Card 1525 | | 1.90 | |
| 10/30 | | Purchase authorized on 10/28 Wholefds Slo #10 1531 Fro San Luis Obis CA P383301583440438 Card 1525 | | 46.94 | |
| 10/30 | | Purchase authorized on 10/28 Tesla Inc Supercha 877-7983752 CA S303301616597335 Card 1525 | | 21.60 | |
| 10/30 | | Purchase authorized on 10/28 Hotel Cerro Fandb Sn Luis Obisp CA S583301675709652 Card 1525 | | 44.00 | |
| 10/30 | | Purchase authorized on 10/28 Moon Spa San Luis Obis CA S383302141007077 Card 1525 | | 142.00 | |
| 10/30 | | Purchase authorized on 10/29 Amazon Prime*2L2K0 Amzn.Com/Bill WA S303302720708475 Card 1525 | | 16.49 | |
| 10/30 | | Zelle to Charlier Skydive Sb on 10/30 Ref #Rp0Rnznhp3 | | 40.00 | |
| 10/30 | | Purchase authorized on 10/30 Spwy66861301 San Luis Obis CA P000000881746554 Card 1525 | | 40.02 | |
| 10/30 | | Purchase authorized on 10/30 The Home Depot 1052 San Luis Obis CA P383303637186608 Card 1525 | | 7.22 | |
| 10/30 | | Purchase authorized on 10/30 Wholefds Slo #10 1531 Fro San Luis Obis CA P303303644172067 Card 1525 | | 11.26 | 586.63 |
| 10/31 | | ATM Cash Deposit on 10/31 665 Marsh St San Luis Obis CA 0002895 ATM ID 0901O Card 1525 | 3,000.00 | | |
| 10/31 | | ATM Cash Deposit on 10/31 665 Marsh St San Luis Obis CA 0002896 ATM ID 0901O Card 1525 | 2,000.00 | | |
| 10/31 | | Purchase authorized on 10/29 Skydive Santa Barb Lompoc CA S303302651553718 Card 1525 | | 22.00 | |
| 10/31 | | Purchase authorized on 10/29 Skydive Santa Barb Lompoc CA S463302684022653 Card 1525 | | 22.00 | |
| 10/31 | | Purchase authorized on 10/29 Skydive Santa Barb Lompoc CA S303302733661375 Card 1525 | | 22.00 | |
| 10/31 | | Purchase authorized on 10/29 Skydive Santa Barb Lompoc CA S303302787477541 Card 1525 | | 44.00 | |
| 10/31 | | Purchase authorized on 10/29 Tst* Central Coast San Luis Obis CA S583303049421617 Card 1525 | | 62.83 | |
| 10/31 | | Purchase authorized on 10/31 USPS PO 05687000 1655 Dal San Luis Obis CA P383304704141510 Card 1525 | | 8.50 | |
| 10/31 | | Purchase authorized on 10/31 Best Buy #396 Sanluis Obisp CA P000000372124248 Card 1525 | | 27.17 | 5,378.13 |
| **Ending balance on 10/31** | | | | | **5,378.13** |
| **Totals** | | | **$26,663.00** | **$35,073.49** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 149 | 10/18 | 2,550.00 |



---

**Items returned unpaid**

| Date | Description | Amount |
|------|-------------|--------|
| 10/17 | Check Reference # 00007306008313577941 | 2,550.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2023 - 10/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $500.00 | $586.63 ☑ |
| · Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

**Limits to your Card**

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---



NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

_____

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.          $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.          = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** | $ |

- $ _____

**E**  **Subtract** **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.          = $ _____

## Important Information You Should Know

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■  **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).
**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■  **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■  To download and print an Account Balance Calculation Worksheet (PDF)  to help  you  balance  your  checking  or  savings  account,  enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved Member FDIC. NMLSR ID 399801



# Wells Fargo Everyday Checking

October 31, 2023  ■  Page 1 of 5



TREVOR D JACOB

███████████
███████████████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

**Other Wells Fargo Benefits**

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now, so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and information.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $0.38 |
| Deposits/Additions | 34,644.05 |
| Withdrawals/Subtractions | - 16,043.52 |
| **Ending balance on 10/31** | **$18,600.91** |

Account number:  ████████████

**TREVOR D JACOB**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  ████████████

October 31, 2023 ■ Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 10/2 | | Edeposit IN Branch 10/02/23 09:09:19 Am 665 Marsh St San Luis Obispo CA 1525 | 2,200.00 | | |
| 10/2 | | Online Transfer to Jacob T Everyday Checking xxxxxx3531 Ref #Ib0Kw9Xwfg on 10/02/23 | | 350.00 | |
| 10/2 | | Online Transfer to Jacob T Everyday Checking xxxxxx3531 Ref #Ib0Kwg4JP4 on 10/02/23 | | 500.00 | |
| 10/2 | | Ally Ally Paymt 231002 228132955834 Trevor Jacob | | 1,349.71 | 0.67 |
| 10/5 | | Polaris Loan Pymt 100323 500010002715961 Jacob Trevor | | 554.11 | -553.44 |
| 10/6 | | Online Transfer From Jacob T Everyday Checking xxxxxx3531 Ref #Ib0Kxmqsnd on 10/06/23 | 600.00 | | 46.56 |
| 10/10 | | Venmo Cashout 231009 1029905671667 Trevor Jacob | 1,044.05 | | |
| 10/10 | | WT Fed#07820 City National Bank /Org=The Warley Avenue Tr, J Mark Srf# 2023101000018137 Trn#231010262073 Rfb# | 25,000.00 | | |
| 10/10 | | Wire Trans Svc Charge - Sequence: 231010262073 Srf# 2023101000018137 Trn#231010262073 Rfb# | | 15.00 | 26,075.61 |
| 10/12 | | Online Transfer Ref #Ib0Kz2Jm3B to Platinum Card Xxxxxxxxxxx7207 on 10/11/23 | | 503.56 | |
| 10/12 | | Gm Financial Gmf Pymt 231012 111065680255 Trevor Jacob | | 1,258.46 | 24,313.59 |
| 10/16 | | Zelle to Charlier Skydive Sb on 10/14 Ref #Rp0Rmv287B | | 10.00 | |
| 10/16 | | Zelle to Charlier Skydive Sb on 10/15 Ref #Rp0Rmwyr2K | | 10.00 | |
| 10/16 | | Online Transfer to Jacob T Everyday Checking xxxxxx3531 Ref #Ib0L2Fqrjy on 10/16/23 | | 2,000.00 | |
| 10/16 | | Venmo Cashout 231014 1029996689157 Trevor Jacob | | 1,750.00 | |
| 10/16 | | Venmo Payment 231016 1030025072586 Trevor Jacob | | 30.00 | 20,513.59 |
| 10/17 | | Wire Trans Svc Charge - Sequence: 231017089065 Srf# Ow00003740146037 Trn#231017089065 Rfb# Ow00003740146037 | | 25.00 | |
| 10/17 | | WT Fed#09379 First Republic Ban /Ftr/Bnf=Waymaker LLP Srf# Ow00003740146037 Trn#231017089065 Rfb# Ow00003740146037 | | 2,500.00 | |
| 10/17 | | Venmo Payment 231017 1030051663476 Trevor Jacob | | 31.98 | |
| 10/17 | | Venmo Payment 231017 1030062949235 Trevor Jacob | | 1,000.00 | 16,956.61 |
| 10/18 | | Venmo Cashout 231017 1030063110715 Trevor Jacob | 1,018.00 | | |
| 10/18 | | WT Seq136969 Joshua E Trosky /Org= Srf# Ow00003743410308 Trn#231018136969 Rfb# Ow00003743410308 | 2,500.00 | | |
| 10/18 | | Wire Trans Svc Charge - Sequence: 231018136969 Srf# Ow00003743410308 Trn#231018136969 Rfb# Ow00003743410308 | | 15.00 | |
| 10/18 | | Venmo Payment 231018 1030070137749 Trevor Jacob | | 36.32 | 20,423.29 |
| 10/19 | | Venmo Payment 231019 1030096176719 Trevor Jacob | | 150.00 | 20,273.29 |
| 10/20 | | Online Transfer Ref #Ib0L3Cvft9 to Platinum Card Xxxxxxxxxxx7207 on 10/19/23 | | 300.00 | |
| 10/20 | | Venmo Payment 231020 1030122927525 Trevor Jacob | | 1,000.00 | 18,973.29 |
| 10/23 | | Venmo Cashout 231022 1030152039617 Trevor Jacob | 1,017.00 | | |
| 10/23 | | Venmo Payment 231022 1030159989703 Trevor Jacob | | 25.00 | |
| 10/23 | | Venmo Payment 231022 1030154539887 Trevor Jacob | | 30.00 | |
| 10/23 | | Venmo Payment 231021 1030106165836 Trevor Jacob | | 405.00 | |
| 10/23 | | Freedomroad Fin Ln Payment Jacob Trevor | | 236.84 | 19,293.45 |
| 10/25 | | Wire Transaction Svc Charge Reversal | 15.00 | | |
| 10/25 | | Venmo Cashout 231024 1030197685233 Trevor Jacob | 1,000.00 | | |
| 10/25 | | Online Transfer Ref #Ib0L4Pcn8K to Platinum Card Xxxxxxxxxxx7207 on 10/24/23 | | 250.00 | 20,058.45 |
| 10/30 | | Venmo Cashout 231029 1030293760270 Trevor Jacob | 250.00 | | |

October 31, 2023 ■ Page 3 of 5



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/30 | | Online Transfer to Jacob T Everyday Checking xxxxxx3531 Ref #Ib0L65W65D on 10/30/23 | | 308.00 | |
| 10/30 | | Venmo Payment 231030 1030301649735 Trevor Jacob | | 14.01 | 19,986.44 |
| 10/31 | | Ally Ally Paymt 231031 228132955834 Trevor Jacob | | 1,349.71 | |
| 10/31 | | Venmo Payment 231031 1030326774716 Trevor Jacob | | 35.82 | 18,600.91 |
| **Ending balance on 10/31** | | | | | **18,600.91** |
| **Totals** | | | **$34,644.05** | **$16,043.52** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2023 - 10/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $500.00 | -$553.44 ☐ |
| · Total amount of qualifying electronic deposits | $500.00 | $4,329.05 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

---



# IMPORTANT ACCOUNT INFORMATION

### Limits to your Card

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.



---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.          = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).
**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved Member FDIC. NMLSR ID 399801



# EXHIBIT 11

JLR000011

## U.S. DEPARTMENT OF TRANSPORTATION
## FEDERAL AVIATION ADMINISTRATION

## SETTLEMENT AGREEMENT

The Federal Aviation Administration ("FAA" or "Acting Administrator") and Trevor D. Jacob ("Respondent") (collectively, "the parties") enter into this Settlement Agreement regarding FAA Case No. 2022WP010003. On April 11, 2022, the FAA issued an Emergency Order of Revocation, revoking Respondent's Private Pilot Certificate for Respondent's violation of 14 C.F.R. § 91.13(a). The FAA and Respondent agree as follows:

1.  By executing this agreement and emailing a signed copy to kyle.lomazow@faa.gov, Respondent agrees to:

    a.  Waive all rights to appeal or otherwise seek review of the Amended Emergency Order or this Settlement Agreement;

    b.  Withdraw his appeal in NTSB Docket No. SE-31092;

    c.  Waive any potential causes of action against the FAA, its employees, and agents, past and present, whether in their official or personal capacities, arising out of this matter;

    d.  Surrender Respondent's private pilot certificate No. 4202041 issued under 14 C.F.R. part 61, and any other airman certificates in Respondent's possession, and acknowledge that Respondent's failure to surrender this certificate could result in further legal enforcement action, including a civil penalty;

    e.  Not apply for any new or replacement certificates issued under 14 C.F.R. part 61 until on or after February 11, 2023;

    f.  Not initiate any litigation under any regulatory or statutory provision, including, but not limited to, the Equal Access to Justice Act, to collect any fees or costs Respondent may have incurred arising from this matter.

2.  Upon receipt of a fully executed copy of this settlement agreement from Respondent and Respondent's filing of a withdrawal of the appeal in NTSB Docket No. SE-31092, the FAA agrees to issue an Amended Emergency Order of Revocation, a draft of which is attached, which reduces Respondent's reapplication period from 12 months to ten months. The period will be retroactive to April 11, 2022, the date the Emergency Order of Revocation was served.

3.  Each party will bear its own costs, if any, that arose as a result of this matter.

4.  This document accurately reflects all the terms of the Settlement Agreement between the parties and is binding on them.

5.  The representative of each party signing this Settlement Agreement is duly authorized to do so.

6.  This Settlement Agreement is a free and voluntary act of the parties.

7.  A fully executed facsimile or electronic copy of this Settlement Agreement shall have the same force and effect as a fully executed original of this Settlement Agreement.

8.  The date of this Settlement Agreement shall be the date of the last signature hereto.

_____ / _____
Signature of Respondent/Date


_____
Printed Name of Respondent


*Kyle Lomazow* _____ / 4/22/2022
Signature of FAA's Representative / Date
Kyle Lomazow, Attorney, Western Enforcement Team
Federal Aviation Administration


Kyle Lomazow
_____
Printed Name of FAA's Representative

2

# EXHIBIT 12

JLR000012

14:20  Sat Jun 17   ● ● ●   🔒 iacra.faa.gov   📶 ⊘ 66% 🔋



i. UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION – FEDERAL AVIATION ADMINISTRATION

## ii. TEMPORARY AIRMAN CERTIFICATE

| iii. CERTIFICATE NO. |
| --- |
| PENDING |

THIS CERTIFIES THAT  iv. TREVOR DANIEL JACOB
v. PO BOX 1767

MAMMOTH LAKES CA 93546

| DATE OF BIRTH | HEIGHT | | WEIGHT | HAIR | EYES | SEX | NATIONALITY | vi. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/6/1993 | 71 | IN. | 180 | BROWN | GREEN | M | USA | |

ix.  has been found to be properly qualified and is hereby authorized in accordance with the conditions of issuance on the reverse of this certificate to exercise the privileges of
PRIVATE PILOT

RATINGS AND LIMITATIONS
xii. AIRPLANE SINGLE ENGINE LAND; [LIMITATIONS]; ENGLISH PROFICIENT

vii. AIRMAN'S SIGNATURE

xiii.

| THIS IS ☒ AN ORIGINAL ISSUANCE ☐ A REISSUANCE OF THIS GRADE OF CERTIFICATE | DATE OF SUPERSEDED AIRMAN CERTIFICATE |
| --- | --- |
| | 5/11/2023 |

| BY DIRECTION OF THE ADMINISTRATOR | EXAMINER'S DESIGNATION NO. OR INSPECTOR'S REG. NO. |
| --- | --- |
| | 586488309 |

| x. DATE OF ISSUANCE | xi. SIGNATURE OF EXAMINER OR INSPECTOR | |
| --- | --- | --- |
| 06/17/2023 04:20:11 PM | CLIFTON DWAYNE SHUMAN | DATE DESIGNATION EXPIRES |
| | IACRA E-SIGNED APPLICATION  WP21 | 12/31/2023 |

FAA Form 8060-4 (8-79) USE PREVIOUS EDITION          Application Number: 3798420          IACRA Equivalent

## XIV. CONDITIONS OF ISSUANCE

This is an interim certificate issued subject to the approval of the Federal Aviation Administration pending the issuance of a certificate of greater duration.  It becomes void –
1. Upon the receipt of a certificate of greater duration to replace it;
2. Upon a finding by the FAA that an error has been made in its issuance;
3. Upon a finding by the FAA that it was issued illegally or as the result of fraud or mis-representation;
4. Upon the refusal or failure by the holder to accomplish a flight check by a Flight Standards Inspector if so requested; and
5. In any case, at the expiration of 120 days from date of issuance.