# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TREVOR DANIEL JACOB,<br><br>    Defendant. | Case No. CR-23-221-JFW<br><br>**ORDER**<br><br>Judge: John F. Walter |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the date to file sentencing papers and objections to the presentence investigation report is continued from November 13, 2023 to November 20, 2023.

Dated: November 13, 2023

Hon. John F. Walter
Unites States District Court

CC: USPO/PSA; USM