1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    MARK A. WILLIAMS (Cal. Bar No. 239351)
4   Assistant United States Attorney
    Chief, Environmental Crimes and Consumer
5   Protection Section
    DENNIS MITCHELL (Cal. Bar No. 116039)
6   Assistant United States Attorney
    Deputy Chief, Environmental Crimes and
7   Consumer Protection Section
    DOMINIQUE CAAMANO (Cal. Bar No. 301810)
8   Assistant United States Attorney
    Environmental Crimes and Consumer Protection Section
9        1300 United States Courthouse
         312 North Spring Street
10       Los Angeles, California 90012
         Telephone: (213) 894-2484
11       E-mail: mark.a.williams@usdoj.gov
                 dennis.mitchell@usdoj.gov
12               dominique.caamano@usdoj.gov

13
    Attorneys for Plaintiff
14  UNITED STATES OF AMERICA

15                  UNITED STATES DISTRICT COURT

16              FOR THE CENTRAL DISTRICT OF CALIFORNIA

17  UNITED STATES OF AMERICA,        No. CR 23-221-JFW

18         Plaintiff,                ADDENDUM TO GOVERNMENT'S RESPONSE
                                     TO THE PRE-SENTENCE REPORT AND
19         v.                        SENTENCING RECOMMENDATION FOR
                                     DEFENDANT TREVOR JACOB
20  TREVOR DANIEL JACOB,

21         Defendant.                Sent. Hearing Date: 12-4-23

22                                   Time: 8:00 a.m.

23

24

25       Plaintiff United States of America, by and through its counsel

26  of record, the United States Attorney for the Central District of

27  California and Assistant United States Attorneys Dennis Mitchell,

28

Dominique Caamano, and Mark A. Williams hereby submits its Addendum to Government's Response to the Pre-Sentence Report and Sentencing Recommendation for defendant Trevor Jacob.


Dated: November 20, 2023          E. MARTIN ESTRADA
                                  United States Attorney

                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____/s/_____
                                  DENNIS MITCHELL
                                  DOMINIQUE CAAMANO
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

I.   **DEFENDANT'S CRIMINAL HISTORY CATEGORY SHOULD BE I**

Documents provided by defendant's counsel regarding defendant's two prior trespassing convictions, which are described in the Presentence Investigative Report ("PSR") for Defendant Trevor Daniel Jacob ("defendant"), at paragraphs 50 through 52, and in defendant's Sentencing Memorandum.  Having reviewed those documents, the government believes that: (1) the offense conduct resulting in those convictions occurred on June 9, 2017, not July 3, 2017; and (2) the two trespassing convictions sustained by defendant on August 21, 2017, and October 23, 2017, resulted from the same offense conduct. Consequently, the government recommends that the Court find that defendant's Criminal History Category is I, that defendant's total offense level is still 13, and that the corresponding Sentencing Guidelines range is 12 to 18 months.  The government further recommends that defendant be sentencing to a term of imprisonment of 12 months, a three-year period of supervised release, a fine of $10,000, and a special assessment of $100.[1]

II.  **THE TERMS OF SUPERVISED RELEASE SHOULD INCLUDE A PROHIBITION AGAINST PILOTING ANY AIRCRAFT**

Given the nature and seriousness of defendant's offense conduct, and the circumstances surrounding that conduct, in essence,

---

[1] In the Government's Response To the Presentence Report And Sentencing Recommendation For Defendant Trevor Jacob ("the Government's Sentencing position"), the undersigned AUSA stated at Page 1, Lines 13 through 20, that it would recommend a 10-month term of imprisonment if, after reviewing documents provided by defense counsel, the government believed that defendant's Criminal History Category should be I instead of II.  That statement was erroneous. It has been the government's intention to recommend the low-end of the applicable Guidelines range, which at offense level 13 and Criminal History Category I is 12 to 18 months.  The undersigned AUSA apologizes for that erroneous statement in the Government's Sentencing Position.

intentionally crashing an airplane and obstructing the subsequent Federal investigation of the crash, defendant should not be allowed to pilot any aircraft during his term of supervised release, or, if applicable, any term of probation.

The government strongly objects to defendant being able to exercise the privileges of a licensed pilot during his term of supervised release or probation.  The recklessness and risk created by defendant's conduct run directly counter to a licensed pilot's responsibilities.

**III. CONCLUSION**

For the reasons set forth above, the government recommends that defendant be sentenced to a 12-month term of imprisonment, a fine of $10,000, a three-year term of supervised release,[2] which should include a prohibition against piloting any aircraft, and a $100 special assessment.

---

[2] The undersigned AUSA also acknowledges that the Government's Sentencing Position referred to recommending a three-year term of supervised release at page 2, lines 5-6, and a two-year term of supervised release at page 8, line 24.  The undersigned AUSA apologizes for that confusion.  Given the nature and circumstances of defendant's offense conduct, the government believes that a three-year term of supervised release is warranted.

2