

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To: Chief Deputy/Fiscal

**Re: Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: __2:23-cr-00221-JFW__
Defendant's Name: __Trevor Daniel Jacob__

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on __1/29/2024__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __2/5/2024__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__February 5, 2024__              By __/s/ Ingrid Valdes__
Date                                              Deputy Clerk

CR-86 (11/08)                    VERIFICATION OF SURRENDER